UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | Case no. 12-39415-ERW |
| | ) | |
| KOECKRITZ INTERNATIONAL, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Eugene Wedoff |

ORDER GRANTING MOTION FOR (I) EXTENSION OF INTERIM ORDER
AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND GRANTING
<u>ADEQUATE PROTECTION AND (II) FINAL HEARING DATE</u>

WHEREAS Koeckritz International, Inc., as debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case, brought its *Motion for (i) Extension of Interim Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection and (ii) Final Hearing Date* (the "Motion") in which it requested extension of the terms of the Court's *Order a) Granting Motion for Entry of Interim Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection, and b) Scheduling a Final Hearing* (the "Interim Order") and the scheduling of a final hearing on the relief contemplated by the Interim Order;

WHEREAS, due and adequate notice of the Motion have been given; and

WHEREAS, no objections to the Motion have been filed with the Court or received by the Debtor,

IT IS HEREBY ORDERED:

    A. The Motion is GRANTED;

    B. The terms of the Interim Order are extended through and including December 6, 2012;

C. A final hearing on the relief contemplated by the Interim Order shall take place on December 6, 2012 at 10:00AM (CST).

Dated: November 6, 2012.

_____
The Honorable Eugene Wedoff