UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | Case no. 12-39415-ERW |
| | ) | |
| KOECKRITZ INTERNATIONAL, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Eugene Wedoff |

ORDER GRANTING MOTION FOR (I) EXTENSION OF INTERIM ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND (II) FINAL HEARING DATE

WHEREAS Koeckritz International, Inc., as debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case, brought its *Motion for (i) Extension of Interim Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection and (ii) Final Hearing Date* (the "Motion") in which it requested extension of the terms of the Court's *Order a) Granting Motion for Entry of Interim Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection, and b) Scheduling a Final Hearing* (the "Interim Order") and the scheduling of a final hearing on the relief contemplated by the Interim Order;

WHEREAS, due and adequate notice of the Motion have been given; and

WHEREAS, no objections to the Motion have been filed with the Court or received by the Debtor,

IT IS HEREBY ORDERED:

A. The Motion is GRANTED;

B. The terms of the Interim Order are extended through and including December 5, 2012;

    C. A final hearing on the relief contemplated by the Interim Order shall take place on December 5, 2012 at 10:00AM (CST).

Dated: November 6, 2012.

_____
The Honorable Eugene Wedoff