**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **KOECKRITZ INTERNATIONAL, INC.,** | ) | Case No. 12-39415 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**FINAL REPORT BY DEBTOR IN POSSESSION - LIST OF UNPAID DEBTS**

NOW COMES the Debtor in Possession, by and through it attorneys, David R. Herzog and the law firm of Herzog & Schwartz P.C., and hereby files its final report and schedule of post-petition debts as required by Bankruptcy Rule 1019(5):

1. On October 3, 2012, the Debtor filed a voluntary petition for relief under Chapter 11 of the United State Bankruptcy Code.

2. On August 7, 2013, an order was entered converting the case to a case under Chapter 7 of the Bankruptcy Code and Karen Goodman was appointed Interim Trustee.

3. The following is a list of unpaid debts incurred prior to the conversion of the case to a Chapter 7, including the name and address of each creditor:

| Name and Address of Creditor | Amount Owed |
|---|---|
| See attached list - Exhibit A | |
| Exhibit B is a list of post-petition payroll | |

4. The Debtor has not acquired any property from the date of filing until the date of the conversion order to a Chapter 7 case, except inventory acquired in the ordinary course of business.

-1-

5. The Debtor has not entered into or assumed any executory contracts from date of filing until the date of the conversion order to a Chapter 7 case.

        Respectfully submitted,

        KOECKRITZ INTERNATIONAL, INC.

        By: /s/ David R. Herzog
              One of the Attorneys

David R. Herzog
Herzog & Schwartz P.C.
Attorneys for the Debtor
77 W. Washington St. #1717
Chicago, Illinois 60602
(312) 977-1600

**Koeckritz International, Inc.**
**Accounts Payable as of 8/7/2013**   *Per our records*

| Vendor | For | Address | Telephone # | Amount $ | Note |
|---|---|---|---|---|---|
| AT&T | Phone | P.O Box 5080 Carol Stream, IL 60197 | 800 321-2000 | $ 130.67 | |
| Brew City | Freight | N9545 East Shore Road Mukwonago, WI 53149 | 262 206-5956 | $ 500.00 | |
| Elite Only | Computer | 245 W 245 Maude Ave Arlington Hts. IL 60004 | 847 975-9099 | $ 56.75 | |
| FedEx | Shipping | P.O. Box 94515 Palatine, IL 60094 | 800 622-1147 | $ 27.42 | |
| Groot Industries | Trash | P.O. Box 92317 Elk Grove Village, IL 60009 | 847 734-6400 | $ 706.51 | |
| Nicor | Gas | P.O. Box 5407 Carol Stream, IL 60197 | 888 642-6748 | $ 964.66 | |
| NMHG Financial Services | Fork lift lease | P.O. Box 643749 Pittsburg, PA 15264 | 800 633-9253 | $ 292.92 | |
| Premiere financial Consultants | Tax returns/issues | 5 Revere Drive ste 340 Northbrook, IL 60062 | 847 509-1400 | $ 9,960.00 | |
| Purchase Power | Postage | P.O. Box 371874 Pittsburg, PA 15250 | 800 243-7800 | $ 601.43 | |
| Southland Flooring Supply | Material | 1450 N. Wood Dale Road Wood Dale, IL 60191 | 630 227-1600 | $ 872.06 | 1 |
| American Olean | Material | 805 Mark Street Elk Grove Village, IL 60007 | | $ 746.15 | |
| James Ramirez | Sales Exp | 9806 N. Huber Lane Niles, IL 60714 | 847 456-7050 | $ 97.88 | |
| Tortorices Pizza | Sales Exp | 1735 E. Central Road Arlington Heights, IL 60005 | 847 437-7668 | $ 37.06 | |
| Voss Equipment, Inc. | Fork lift repair | 15241 Commercial Ave Harvey, IL 60426 | 708 596-7000 | $ 1,912.38 | |
| | | | **Total Vendor** | $ 16,905.89 | |

| Sub contractor | For | Address | Telephone # | Amount $ |
|---|---|---|---|---|
| Accurate Flooring Services, Inc. | Installation | 639 Oak Lane South Elgin, IL 60177 | 630 774-9236 | $ 20,755.11 |
| Commercial Floor covering | Installation | P.O. Box 126 Genoa, IL 60135 | 815 970-4233 | $ 770.00 |
| Jacobson Consulting | Outside sales | P.O. Box 8401 Rockford, IL 61126 | 224 402-3957 | $ 3,450.50 |
| Josephine Jelic | Outside sales | 2761 Kevin Lane Rolling Meadows, IL 60008 | 847 456-5116 | $ 248.08 |
| Frank Morley/AFP | Installation | 1182 Greenbay Road Glenco, IL 60022 | 847 691-1670 | $ 510.00 |
| J&M Floor Covering- Jesus Quezada | Installation | 3140 S. 54th Ave Cicero, IL60804 | 773 412-9659 | $ 1,736.00 |
| JR Carpet Service -Alvino Perez Jr. | Installation | 3651 W. 51st Street Chicago, IL 60632 | 773 822-1459 | $ 260.00 |
| Kopp Installation - Jim Kppensteiner | Installation | 463 Chukker Court Wheeling, IL 60096 | 773 458-4769 | $ 1,435.97 |
| LH Carpets Luis Hernandez | Installation | 1925 S. 50th Court Cicero, IL 60804 | 708 937-5353 | $ 2,548.00 |
| Netos Carpet & Tile | Installation | 218 W. Lake Park Addison, IL 60101 | 630 863-5658 | $ 1,375.00 |
| Perez Brothers Floor covering | Installation | 6706 W 107th Street Chicago Ridge, Il 60614 | 630 728-1664 | $ 1,664.86 |
| Puga's Carpet Luis Puga | Installation | 6 Linden Street Lkae in the Hills, IL 60156 | 847 513-3231 | $ 2,414.79 |
| Quality Custom Install, Inc | Installation | 9131 Kilrea Dr. Orland Park, IL 60462 | 708 670-9369 | $ 9,531.00 |
| Raul Carpet Service-Raul Herrera | Installation | 10603 S. Vicky Ln. Palos Hills, IL 60465 | 708 407-4835 | $ 1,056.00 |
| James Renk | Installation | 1702 N. Dury Ln. Arlington Heights, IL 60004 | 847 878-8085 | $ 1,124.00 |
| Sanchez Bros Floor Covering | Installation | 2520 S. Springfield Chicago, IL 60623 | 312 522-0925 | $ 2,816.00 |
| Sanchez Carpet Installation | Installation | 1812 S. 51st Court Chicago,IL 60623 | 773 319-0287 | $ 3,657.83 |
| | | | **Total Sub Contractor** | $ 55,353.14 |

1. Vendor received checks sent in July on September 17, 2013, not included in total

**Total**   $ 72,259.03

Exhibit A

| Pre Process Payroll Summary | Check Date: 08/23/2013 | Page 2 of 2 |
|---|---|---|
| KOECKRITZ INTERNATIONAL INC (2271) | | |

## Tax Liability

| FUTA and Related Taxes | Tax Id | Rate | Frequency | Wage | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Fed Unemployment | 36-2804796 | | Quarterly | 16,525.43 | | | | |
| Totals | | | | | | 0.00 | 0.00 → | 0.00 |

| FL and Related Taxes | Tax Id | Rate | Frequency | Wage | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Florida SITW | NOT NEEDED | | Never | 1,846.15 | 1,846.15 | | | |
| Totals | | | | | | 0.00 | 0.00 → | 0.00 |

| FLSUI and Related Taxes | Tax Id | Rate | Frequency | Wage | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Florida SUI | 1566957 | 0.027000 | | 1,846.15 | | | | |
| Totals | | | | | | 0.00 | 0.00 → | 0.00 |

| IL and Related Taxes | Tax Id | Rate | Frequency | Wage | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Illinois SITW | 3628047960005 | | Semi-Weekly | 14,679.28 | 14,679.28 | 647.23 | | |
| Totals | | | | | | 647.23 | 0.00 → | 647.23 |

| ILSUI and Related Taxes | Tax Id | Rate | Frequency | Wage | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Illinois SUI | 0582265 | 0.089500 | | 14,679.28 | | | | |
| Totals | | | | | | 0.00 | 0.00 → | 0.00 |

| FITW and Related Taxes | Tax Id | Rate | Frequency | Wage | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | 36-2804796 | | Semi-Weekly | 16,525.43 | 16,525.43 | 1,415.98 | | |
| Medicare | 36-2804796 | | | 16,525.43 | 16,525.43 | 239.63 | | |
| Medicare - Employer | 36-2804796 | | | 16,525.43 | 16,525.43 | | 239.63 | |
| OASDI | 36-2804796 | | | 16,525.43 | 16,525.43 | 1,024.58 | | |
| OASDI - Employer | 36-2804796 | | | 16,525.43 | 16,525.43 | | 1,024.58 | |
| Totals | | | | | | 2,680.19 | 1,264.21 → | 3,944.40 |

|  | | | |
|---|---|---|---|
| Total Tax Liability | 3,327.42 | 1,264.21 → | 4,591.63 |
| Total Payroll Liability | | 17,251.92 → | 17,251.92 |

*Net checks + Payroll Taxes* = 17,789.64

**\*\*Disclaimer\*\*    Prior to Processing Report**
This report is intended solely for the information and use of authorized payroll personnel as a final review and balancing tool prior to the submission of a payroll for final processing. It does not reflect final processing results and should not be used to update company financial records, fund bank accounts or make tax payments.



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: TKoeckritz

Run on 8/19/2013 at 6:21 PM

**Pre Process Payroll Summary**       Check Date: 08/23/2013                           Page 1 of 2

KOECKRITZ INTERNATIONAL INC  (2271)

## Payroll Totals

Payroll Checks

| Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|
| Regular | 11 | 12,660.29 | 0.00 | 12,660.29 | |
| **Totals** | **11** | **12,660.29** | **0.00** | **12,660.29** → | 12,660.29 |
| Total Net Payroll Liability | | 12,660.29 | 0.00 | 12,660.29 → | 12,660.29 |

*NeT CHecks  13,198.01*

---

**\*\*Disclaimer\*\***   **Prior to Processing Report**
This report is intended solely for the information and use of authorized payroll personnel as a final review and balancing tool prior to the submission of a payroll for final processing. It does not reflect final processing results and should not be used to update company financial records, fund bank accounts or make tax payments.



Paylocity Corporation                                                   User: TKoeckritz
(847) 956-4850  Fax (847) 956-1926
                                                                        Run on 8/19/2013 at 6:21 PM

**Preprocess Register**

KOECKRITZ INTERNATIONAL INC   (2271)

Check Date: 08/23/2013
Pay Period: 07/29/2013 through 08/07/2013

Page 1 of 4

---

**Department: 3240 DIVIDEND (3240)**

| Name | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KOECKRITZ, GEORGE | REG | REG | | | 1,846.15 | FITW | Federal Income | S-0 | 1,846.15 | 283.80 | | | | Tax Freq | (B) Bi-Weekly |
| EmpId  1 | | | | | | MED | Medicare | | 1,846.15 | 26.77 | | | | Chk Date | 8/23/2013 |
| Salary  2307.69 | | | | | | SS | OASDI | | 1,846.15 | 114.46 | | | | Net | 1,421.12 |
| Rate  28.85 | | | | | | FL | Florida SITW | | 1,846.15 | | | | | Dir Dep | 0.00 |
| Freq  (B) Bi-Weekly | | | | | | | | | | | | | | Chk | 1,421.12 |
| | Totals | | 0.00 | | 1,846.15 | Totals | | | | 425.03 | Totals | | 0.00 | | |

**Totals for Department: 3240 DIVIDEND (3240)**

| | Code | Earning | Hours | | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | Net | 1,421.12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees  1 | | | | | | FITW | Federal Income Tax | | 1,846.15 | 283.80 | | | | Dir Dep | 0.00 |
| Chks/Vchrs  1 | REG | REG | | | 1,846.15 | MED | Medicare | | 1,846.15 | 26.77 | | | | Chk | 1,421.12 |
| | | | | | | SS | OASDI | | 1,846.15 | 114.46 | | | | | |
| | | | | | | FL | Florida SITW | | 1,846.15 | | | | | | |
| | Totals | | 0.00 | | 1,846.15 | Totals | | | | 425.03 | Totals | | 0.00 | | |

---

**Department: 5041 WAREHOUSE (5041)**

| Name | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JIMENEZ, AURELIO | REG | REG | 67.50 | 12.75 | 860.63 | FITW | Federal Income | M-6 | 860.63 | | GARN | garn | 32.91 | Tax Freq | (B) Bi-Weekly |
| EmpId  19 | | | | | | MED | Medicare | | 860.63 | 12.48 | | | | Chk Date | 8/23/2013 |
| Salary  0.00 | | | | | | SS | OASDI | | 860.63 | 53.36 | | | | Net | 742.50 |
| Rate  12.75 | | | | | | IL | Illinois SITW | M-6 | 860.63 | 19.38 | | | | Dir Dep | 0.00 |
| Freq  (B) Bi-Weekly | | | | | | | | | | | | | | Chk | 742.50 |
| | Totals | | 67.50 | | 860.63 | Totals | | | | 85.22 | Totals | | 32.91 | | |

Handwritten annotations: "(B) Renewed", "775.4" near Jimenez entry.

| Name | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OREA, ELIODORO | REG | REG | 66.75 | 16.90 | 1,128.08 | FITW | Federal Income | M-4 | 1,128.08 | 20.88 | | | | Tax Freq | (B) Bi-Weekly |
| EmpId  12 | | | | | | MED | Medicare | | 1,128.08 | 16.36 | | | | Chk Date | 8/23/2013 |
| Salary  0.00 | | | | | | SS | OASDI | | 1,128.08 | 69.94 | | | | Net | 980.27 |
| Rate  16.90 | | | | | | IL | Illinois SITW | M-4 | 1,128.08 | 40.63 | | | | Dir Dep | 0.00 |
| Freq  (B) Bi-Weekly | | | | | | | | | | | | | | Chk | 980.27 |
| | Totals | | 66.75 | | 1,128.08 | Totals | | | | 147.81 | Totals | | 0.00 | | |

**Totals for Department: 5041 WAREHOUSE (5041)**

| | Code | Earning | Hours | | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | Net | 1,722.77 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees  2 | | | | | | FITW | Federal Income Tax | | 1,988.71 | 20.88 | GARN | garn | 32.91 | Dir Dep | 0.00 |
| Chks/Vchrs  2 | REG | REG | | 134.25 | 1,988.71 | MED | Medicare | | 1,988.71 | 28.84 | | | | Chk | 1,722.77 |
| | | | | | | SS | OASDI | | 1,988.71 | 123.30 | | | | | |
| | | | | | | IL | Illinois SITW | | 1,988.71 | 60.01 | | | | | |
| | Totals | | 134.25 | | 1,988.71 | Totals | | | | 233.03 | Totals | | 32.91 | | |

---

Paylocity Corporation
(847) 956-4850 Fax (847) 956-1926

Run Date: 8/19/2013
Run Time: 6:14 PM

User Id: 22
Preprocess Register v1.00

**Preprocess Register**  Page 2 of 4

KOECKRITZ INTERNATIONAL INC   (2271)

Check Date: 08/23/70
Pay Period: 07/29/2013 through 08/07/2013

Department: 6100 OFFICE (6100)

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRSCHT, ANDREW A<br>EmpId 55<br>Salary 3046.17<br>Rate 0.00<br>Freq (B) Bi-Weekly | REG | REG | | | 2,436.94 | FITW<br>MED<br>SS<br>IL | Federal Income<br>Medicare<br>OASDI<br>Illinois SITW | M-1<br><br><br>M-1 | 2,436.94<br>2,436.94<br>2,436.94<br>2,436.94 | 260.83<br>35.34<br>151.09<br>117.90 | | | | Tax Freq<br>Chk Date<br>Net<br>Dir Dep<br>Chk | (B) Bi-Weekly<br>8/23/2013<br>1,871.78<br>0.00<br>1,871.78 |
| | Totals | | 0.00 | | 2,436.94 | Totals | | | | 565.16 | Totals | | 0.00 | | |
| KOECKRITZ JR, GEORGE B<br>EmpId 7<br>Salary 0.00<br>Rate 26.44<br>Freq (B) Bi-Weekly | REG | REG | 51.20 | 26.44 | 1,353.84 | FITW<br>MED<br>SS<br>IL | Federal Income<br>Medicare<br>OASDI<br>Illinois SITW | M-4<br><br><br>M-4 | 1,353.84<br>1,353.84<br>1,353.84<br>1,353.84 | 43.46<br>19.63<br>83.94<br>51.92 | | | | Tax Freq<br>Chk Date<br>Net<br>Dir Dep<br>Chk | (B) Bi-Weekly<br>8/23/2013<br>1,154.89<br>0.00<br>1,154.89 |
| | Totals | | 51.20 | | 1,353.84 | Totals | | | | 198.95 | Totals | | 0.00 | | |
| KOECKRITZ, THOMAS J<br>EmpId 22<br>Salary 3218.46<br>Rate 40.23<br>Freq (B) Bi-Weekly | REG | REG | | | 2,574.77 | FITW<br>MED<br>SS<br>IL | Federal Income<br>Medicare<br>OASDI<br>Illinois SITW | M-6<br><br><br>M-6 | 2,574.77<br>2,574.77<br>2,574.77<br>2,574.77 | 169.00<br>37.33<br>159.64<br>105.08 | | | | Tax Freq<br>Chk Date<br>Net<br>Dir Dep<br>Chk | (B) Bi-Weekly<br>8/23/2013<br>2,103.72<br>0.00<br>2,103.72 |
| | Totals | | 0.00 | | 2,574.77 | Totals | | | | 471.05 | Totals | | 0.00 | | |
| LEASK, ROBERT J<br>EmpId 69<br>Salary 0.00<br>Rate 25.28<br>Freq (B) Bi-Weekly | REG | REG | 58.25 | 25.28 | 1,472.56 | FITW<br>MED<br>SS<br>IL | Federal Income<br>Medicare<br>OASDI<br>Illinois SITW | S-1<br><br><br>S-1 | 1,472.56<br>1,472.56<br>1,472.56<br>1,472.56 | 168.53<br>21.35<br>91.30<br>69.69 | | | | Tax Freq<br>Chk Date<br>Net<br>Dir Dep<br>Chk | (B) Bi-Weekly<br>8/23/2013<br>1,121.69<br>0.00<br>1,121.69 |
| | Totals | | 58.25 | | 1,472.56 | Totals | | | | 350.87 | Totals | | 0.00 | | |
| MOSER, LINDY<br>EmpId 23<br>Salary 0.00<br>Rate 20.00<br>Freq (B) Bi-Weekly | REG | REG | 42.00 | 20.00 | 840.00 | FITW<br>MED<br>SS<br>IL | Federal Income<br>Medicare<br>OASDI<br>Illinois SITW | M-0<br><br><br>M-0 | 840.00<br>840.00<br>840.00<br>840.00 | 52.08<br>12.18<br>52.08<br>42.00 | | | | Tax Freq<br>Chk Date<br>Net<br>Dir Dep<br>Chk | (B) Bi-Weekly<br>8/23/2013<br>681.66<br>0.00<br>681.66 |
| | Totals | | 42.00 | | 840.00 | Totals | | | | 158.34 | Totals | | 0.00 | | |
| RYBAKOWSKI, LORA<br>EmpId 14 | REG | REG | 46.25 | 17.50 | 809.38 | FITW<br>MED | Federal Income<br>Medicare | M-0 | 809.38<br>809.38 | 49.01<br>11.74 | | | | Tax Freq<br>Chk Date | (B) Bi-Weekly<br>8/23/2013 |

Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

Run Date: 8/19/2013
Run Time: 6:14 PM

User Id: 22
Preprocess Register v1.00

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | 0.00 | | | | | SS | OASDI | | 809.38 | 50.18 | | | | Net | | 657.98 |
| Rate | 17.50 | | | | | IL | Illinois SITW | M-0 | 809.38 | 40.47 | | | | Dir Dep | | 0.00 |
| Freq | (B) Bi-Weekly | | | | | | | | | | | | | Chk | | 657.98 |
| | | Totals | | 46.25 | 809.38 | Totals | | | | 151.40 | Totals | | | | 0.00 | |

**Totals for Department: 6100 OFFICE (6100)**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 6 | Code | Earning | Hours | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | Net | 7,591.72 |
| Chks/Vchrs | 6 | REG | REG | 197.70 | 9,487.49 | FITW | Federal Income Tax | | 9,487.49 | 742.91 | | | | Dir Dep | 0.00 |
| | | | | | | MED | Medicare | | 9,487.49 | 137.57 | | | | Chk | 7,591.72 |
| | | | | | | SS | OASDI | | 9,487.49 | 588.23 | | | | | |
| | | | | | | IL | Illinois SITW | | 9,487.49 | 427.06 | | | | | |
| | | Totals | | 197.70 | 9,487.49 | Totals | | | | 1,895.77 | Totals | | 0.00 | | |

**Department: 6141 COMMISSION (6141)**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAMIREZ, JAMES S | | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
| | | REG | REG | | | 1,356.92 | FITW | Federal Income | S-0 | 1,356.92 | 173.68 | CHILD | CHLD | 429.81 | Tax Freq | (B) Bi-Weekly |
| EmpId | 63 | | | | | | MED | Medicare | | 1,356.92 | 19.68 | MISCD | MISC DED | 75.00 | Chk Date | 8/23/2013 |
| Salary | 1696.15 | | | | | | SS | OASDI | | 1,356.92 | 84.13 | | | | Net | 506.77 |
| Rate | 0.00 | | | | | | IL | Illinois SITW | S-0 | 1,356.92 | 67.85 | | | | Dir Dep | 0.00 |
| Freq | (B) Bi-Weekly | | | | | | | | | | | | | | Chk | 506.77 |
| | | Totals | | 0.00 | | 1,356.92 | Totals | | | | 345.34 | Totals | | 504.81 | | |

Handwritten annotations: "A", "Removed", "1011.5"

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHAFFEL, RON M | | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
| | | REG | REG | | | 1,846.16 | FITW | Federal Income | M-0 | 1,846.16 | 194.71 | | | | Tax Freq | (B) Bi-Weekly |
| EmpId | 90 | | | | | | MED | Medicare | | 1,846.16 | 26.77 | | | | Chk Date | 8/23/2013 |
| Salary | 2307.70 | | | | | | SS | OASDI | | 1,846.16 | 114.46 | | | | Net | 1,417.91 |
| Rate | 0.00 | | | | | | IL | Illinois SITW | M-0 | 1,846.16 | 92.31 | | | | Dir Dep | 0.00 |
| Freq | (B) Bi-Weekly | | | | | | | | | | | | | | Chk | 1,417.91 |
| | | Totals | | 0.00 | | 1,846.16 | Totals | | | | 428.25 | Totals | | 0.00 | | |

**Totals for Department: 6141 COMMISSION (6141)**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 2 | Code | Earning | Hours | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | Net | 1,924.68 |
| Chks/Vchrs | 2 | REG | REG | | 3,203.08 | FITW | Federal Income Tax | | 3,203.08 | 368.39 | CHILD | CHLD SUP | 429.81 | Dir Dep | 0.00 |
| | | | | | | MED | Medicare | | 3,203.08 | 46.45 | MISCD | MISC DED | 75.00 | Chk | 1,924.68 |
| | | | | | | SS | OASDI | | 3,203.08 | 198.59 | | | | | |
| | | | | | | IL | Illinois SITW | | 3,203.08 | 160.16 | | | | | |
| | | Totals | | 0.00 | 3,203.08 | Totals | | | | 773.59 | Totals | | 504.81 | | |

**Totals for KOECKRITZ INTERNATIONAL INC (2271)**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 11 | Code | Earning | Hours | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | Net | 12,660.29 |
| Chks/Vchrs | 11 | REG | REG | 331.95 | 16,525.43 | FITW | Federal Income Tax | | 16,525.43 | 1,415.98 | CHILD | CHLD SUP | 429.81 | Dir Dep | 0.00 |
| | | | | | | MED | Medicare | | 16,525.43 | 239.63 | GARN | garn | 32.91 | Chk | 12,660.29 |
| | | | | | | SS | OASDI | | 16,525.43 | 1,024.58 | MISCD | MISC DED | 75.00 | | |
| | | | | | | FL | Florida SITW | | 1,846.15 | | | | | | |

Paylocity Corporation
(847) 956-4850 Fax (847) 956-1926

Run Date: 8/19/2013

Run Time: 6:14 PM

User Id: 22

Preprocess Register v1.00

**Preprocess Register**

Page 4 of 4

KOECKRITZ INTERNATIONAL INC  (2271)

|  |  |  |  | IL | Illinois SITW | 14,679.28 | 647.23 |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Totals |  | 331.95 | 16,525.43 | Totals |  |  | 3,327.42 | Totals | 537.72 |

**Disclaimer**   Register Prior to Processing (Preprocess Register)

This report is intended solely for the information and use of authorized payroll personnel as a final review and balancing tool prior to the submission of a payroll for final processing. It does not reflect final processing results and should not be used to update company financial records, fund bank accounts or make tax payments.

Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

Run Date: 8/19/2013

Run Time: 6:14 PM

User Id: 22

Preprocess Register v1.00

Exhibit B