UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-39415 |
| KOECKRITZ INTERNATIONAL, INC., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER FOR FEES FOR PROFESSIONAL

THIS CAUSE coming on to be heard on the Final Application of David Herzog, and the law firm of Herzog & Schwartz PC, Attorneys for the Debtor, and on the Motion of the Attorneys for the Debtor to Vacate the Order's Order dated January 14, 2014 which granted final compensation in the amount of $30,440.00, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Court's order dated January 14, 2014 which awarded final compensation to the Attoneys for the Debtor in the amount of $30, 440.00 is hereby vacated;

2. That all interim fees previously awarded by this Court, pursuant to the order dated January 23, 2013 in the amount of $33,180.00, to David Herzog and the firm of HERZOG & SCHWARTZ, P.C. are approved as final compensation.

2. That David R. Herzog and the law firm of HERZOG & SCHWARTZ, P.C. are awarded additional compensation in the sum of $10,000.00 in full and final payment of all fees due and owing attorneys for the Debtor.

Enter: *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: 1/30/14

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
(312) 977-1600
ARDC No. 01203681