**FILED**

NOV 12 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | |
| **KOECKRITZ INTERNATIONAL, INC.** | **Case No. 12 B 39415** |
| | **Chapter 7** |
| **Debtor.** | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF TAFT STETTINIUS & HOLLISTER, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$38,591.50** | TOTAL COSTS REQUESTED: | **$223.24** |
| TOTAL FEES REDUCED: | **$2,870.45** | TOTAL COSTS REDUCED: | **$19.80** |
| TOTAL FEES ALLOWED: | **$35,721.05** | TOTAL COSTS ALLOWED: | **$203.44** |

**TOTAL FEES AND COSTS ALLOWED: $35,924.49**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2) Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone*

*Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: November 12, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

**PROFESSIONAL SERVICES RENDERED**

Activities related to general case admin

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 10/02/13 | AB | KRGO (1)(2) | ~~.50~~ .30 | ~~220.00~~ 100.00 | DRAFT MOTION TO SET BAR DATE FOR CHAPTER 11 ADMINISTRATIVE CLAIMS. -120.00 |
| 10/09/13 | AB | KRGO | .50 | 220.00 | Court appearance regarding Motion to Set Bar Date |
| | | | 1.00 | $440.00 | Sub Total |

Activities related to sale of assets

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 8/21/13 | AC | KRGO (1) | 1.50 | 660.00 | REVIEW OFFER TO PURCHASE FORM KOECKRITZ RUGS; DRAFT SALE AGREEMENT WITH KOECKRITZ RUGS (.5)[DRAFT MOTION TO SELL ASSETS TO KOECKRITZ RUGS, INC INCLUDING NOTICE TO CREDITORS (1.0)] -140.00 |
| 8/22/13 | AC | KRGO | .40 | 176.00 | PREPARE GENERAL RELEASE FOR DELIVERY OF CARPET TO PULTE |
| 8/29/13 | AC | KRGO (1)(2) | ~~1.20~~ 1.00 | ~~528.00~~ 300.00 | DRAFT MOTION TO RETAIN AUCTIONEER AND CONDUCT PUBLIC SALE; E-MAIL DRAFT TO MR. CAHILL -228.00 |
| 9/03/13 | AC | KRGO | .50 | 220.00 | COURT APPEARANCE RE MOTION TO SELL RUGS TO KOECKRITZ RUGS |
| 9/13/13 | AC | KRGO | .80 | 352.00 | REVISIONS TO STANDARD EXCLUSIVE LISTING AGREEMENT WITH REAL ESTATE BROKER, HIFFMAN; E-MAILS WITH MR CAHILL RE SAME AND INCORPORATE HIS REVISIONS INTO AGREEMENT |
| 9/16/13 | AC | KRGO | .40 | 176.00 | FURTHER REVISIONS TO EXCLUSIVE LISTING AGREEMENT;E-MAILS WITH MR CAHILL RE SAME. |
| 11/14/13 | AC | KRGO | 1.80 | 792.00 (?) | REVIEW DRAFT PURCHASE AGREEMENT FROM MR. FUNK; REVISE PURCHASE AGREEMENT TO COMPORT WITH BANKRUPTCY REQUIREMENTS -79.20 |
| 11/18/13 | AC | KMRE | .10 | 30.00 | COMMUNICATE WITH K. GOODMAN REGARDING PURCHASE AGREEMENT REVIEW. |
| 11/19/13 | AC | KMRE | 1.90 | 570.00 | REVISE DRAFT PURCHASE AGREEMENT. |



-339.20

Taft Stettinius & Hollister LLP

Client/File #: F32235/00002

Invoice #: 2651316

| Date | Task | Atty | | Hours | Amount | Description Of Services Render | |
|---|---|---|---|---|---|---|---|
| 11/20/13 | AC | KRGO | | 1.00 | 440.00 (7) | REVIEW E-MAILS FROM MR. CAHILL RE DRAFT PURCHASE AGREEMENT; REVISIONS TO DRAFT PURCHASE AGREEMENT BASED UPON MR. CAHILL AND MS. REED'S COMMENTS; TELEPHONE CONFERENCES WITH MR. FUNK, ATTORNEY FOR PURCHASER RE ISSUES RELATING TO MORTGAGE CONTINGENCY, DUE DILIGENCE, PERSONAL PROPERTY AND TENANTS. | -44.00 |
| 11/20/13 | AC | KMRE | | .90 | 270.00 (7) | COMMUNICATE WITH K. GOODMAN REGARDING REVISIONS TO PURCHASE AGREEMENT; REVIEW REVISED PURCHASE AGREEMENT; REVIEW PROPOSED TAX LANGUAGE. | -27.00 |
| 11/21/13 | AC | KMRE | | 1.60 | 480.00 (7) | REVISE TAX REPRORATION LANGUAGE; REVISE PURCHASE AGREEMENT PER K. GOODMAN COMMENTS. | 48.00 |
| 12/02/13 | AC | KMRE | | 1.20 | 360.00 | REVIEW BUYER COUNSEL COMMENTS TO PURCHASE AGREEMENT; REVISE PER SAME. | |
| 12/04/13 | AC | KMRE | | .90 | 270.00 | DISCUSS REVISIONS TO PURCHASE AGREEMENT AND ANTICIPATED CLOSING COSTS WITH K. GOODMAN. | |
| 12/10/13 | AC | KMRE | | 2.00 | 600.00 | REVISE PURCHASE AGREEMENT PER BUYER COMMENTS AND BANK COMMENTS. | |
| 12/11/13 | AC | KMRE | | 1.70 | 510.00 | COMMUNICATE WITH K. GOODMAN AND REVISE PURCHASE AGREEMENT PER SAME. | |
| 12/18/13 | AC | KRGO | (1) | 2.50 | 1,100.00 | DRAFT MOTION TO SELL REAL ESTATE | -350.00 |
| 12/18/13 | AC | KMRE | | .20 | 60.00 | COMMUNICATE WITH CHICAGO TITLE REGARDING NEW TITLE ORDER. | |
| 12/19/13 | AC | KRGO | (1)(2) | 1.20 | 528.00 | COMPLETE AND EDIT MOTION TO SELL REAL ESTATE. | -168.00 |
| 12/19/13 | AC | KMRE | | .40 | 120.00 | PREPARE CRITICAL DATES LIST. | |
| 12/20/13 | AC | KMRE | | .70 | 210.00 (7) | TELEPHONE CONFERENCE WITH BUYER'S ATTORNEY K. FUNK REGARDING EARNEST MONEY DEPOSIT; COMMUNCATE WITH CHICAGO TITLE REGARDING SAME; PREPARE ESCROW AGREEMENT; UPDATE CRITICAL DATES LIST. | -21.00 |
| 12/24/13 | AC | KMRE | | .70 | 210.00 | REVIEW TITLE, ENVIRONMENTAL DISCLOSURES AND TAX RECORDS. | |
| 12/26/13 | AC | KMRE | | .90 | 270.00 (7) | COMMUNICATE WITH COOK COUNTY CLERK AND TREASURER OFFICE REGARDING SALE IN ERROR PROCEDURE FOR 2011 TAX SALE; COMMUNICATE WITH CHICAGO TITLE REGARDING EARNEST MONEY DEPOSIT. | -27.00 |
| 12/27/13 | AC | KMRE | | .50 | 150.00 (7) | REVIEW TRANSFER TAX IMPLICATIONS; COMMUNICATE WITH CHICAGO TITLE AND BUYER ATTORNEY K. FUNK REGARDING EARNEST MONEY DEPOSIT. | -15.00 |



-700.00

Taft Stettinius & Hollister LLP

Client/File #: F32235/00002

Invoice #: 2651316

| Date | Task | Atty | Hours | Amount | Description Of Services Render | |
|---|---|---|---|---|---|---|
| 12/30/13 | AC | KMRE | 1.10 | 330.00 | COMMUNICATE WITH K. FUNK AND K. COZZIE AT CHICAGO TITLE REGARDING EARNEST MONEY DEPOSIT; COMMUNICATE WITH CHICAGO TITLE REGARDING UNDERLYING TITLE DOCUMENTS; TELEPHONE CONFERENCE WITH COOK COUNTY CLERK'S OFFICE REGARDING SALE IN ERROR PROCEDURE; REVIEW UNDERLYING TITLE DOCUMENTS. | (7) -33.00 |
| 12/31/13 | AC | KMRE | .80 | 240.00 | REVIEW DOCUMENTS AND COMMUNICATE WITH K. GOODMAN AND COOK COUNTY TREASURER OFFICE REGARDING SALE IN ERROR FOR 2011 PROPERTY TAXES, COMMUNICATE WITH CHICAGO TITLE LAND TRUST OFFICE REGARDING SAME AND LAND TRUST AGREEMENT. | (7) -24.00 |
| 1/02/14 | AC | KMRE | .10 | 32.50 | COMMUNICATE WITH COUNTY TREASURER OFFICE REGARDING TRUST BENEFICIARY BANKRUPTCY FILING. | |
| 1/08/14 | AC | KRGO | .50 | 230.00 | FINALIZE MOTION TO SELL AND NOTICE TO CREDITORS AND FILE | (12) (7) (4) -230.00 Filing not compensable; need breakout of time to allow fee. |
| 1/10/14 | AC | KMRE | .70 | 227.50 | REVIEW TITLE; PREPARE SELLER RESPONSE TO BUYER TITLE OBJECTION LETTER. | |
| 1/13/14 | AC | KMRE | .70 | 227.50 | DRAFT RESPONSE TO BUYER'S TITLE OBJECTION LETTER; REVIEW PROPERTY TAX STATUS AND CONTRACT PRORATION PROVISIONS. | |
| 1/14/14 | AC | KMRE | .40 | 130.00 | REVIEW TITLE DOCUMENTS; PREPARE SELLER'S RESPONSE TO BUYER'S TITLE OBJECTION LETTER. | |
| 1/16/14 | AC | KMRE | 1.40 | 455.00 | REVIEW STATUS; REVIEW TRANSFER TAX IMPLICATIONS; REVIEW SPECIAL SERVICE AREA ORDINANCE AND TAX HISTORY; DRAFT RESPONSE TO BUYER REGARDING SAME. | (7) -45.50 |
| 1/20/14 | AC | KMRE | .30 | 97.50 | COMMUNICATE WITH K. GOODMAN REGARDING REVIEW CONTRACT DEADLINES AND POST-CLOSING TRANSITION; TELEPHONE CONFERENCE WITH K. FUNK REGARDING DEADLINES. | (7) -9.75 |
| 1/29/14 | AC | KRGO | 1.00 | 460.00 | COURT APPEARANCE RE MOTION TO SELL REAL ESTATE. | |
| 2/03/14 | AC | KMRE | .10 | 32.50 | Review tax sale notice from County Treasurer; communicate with K. Goodman regarding same. | |
| 2/04/14 | AC | KMRE | .20 | 65.00 | Update closing checklist; review sale order; review extension. | |
| 2/05/14 | AC | JSHI | 1.50 | 127.50 | Receive and review a letter from the county controller regarding its intent to initiate an administrative sale in error process; per Ms. Reed's request, conduct research on the process and what to expect regarding the same; draft a memo on the same; seek her review. | |



-342.25

Client/File #: F32235/00002

Invoice #: 2651316

| Date | Task | Atty | Hours | Amount | Description Of Services Render | |
|---|---|---|---|---|---|---|
| 2/05/14 | AC | KMRE | .40 | 130.00 | Review tax sale documentation; communicate with J. Shin regarding implications of same. | |
| 2/10/14 | AC | KRGO (1) | 1.00 | 460.00 | Preparation of Amended Motion to Sell Vehicles and Notice | -160.00 |
| 2/10/14 | AC | KMRE | 1.50 | 487.50 (7) | Revise closing checklist; review statute regarding sale in error; communicate with K. Goodman regarding same; telephone conference with Cook County Clerk office regarding tax redemption; communicate with buyer attorney regarding closing documents. | -48.75 |
| 2/13/14 | AC | KMRE | .90 | 292.50 | Prepare draft closing statement; review tax appeal documentation. | |
| 2/18/14 | AC | JSHI | 3.50 | 297.50 | Per Ms. Reed's request, draft various closing documents including Bill of Sale, Affidavit of Title, Transfer Tax Declaration Forms. | |
| 2/19/14 | AC | JSHI | .40 | 34.00 | Discuss with Ms. Reed various issues regarding the closing documents prepared; per her comments, update and revise them. | |
| 2/19/14 | AC | KMRE | 1.40 | 455.00 | Prepare closing documents; revise closing documents per J. Shin. | |
| 2/20/14 | AC | KMRE | .20 | 65.00 | Prepare closing documents; telephone conference with K. Goodman regarding closing documents. | |
| 2/21/14 | AC | KMRE | 1.50 | 487.50 (7) | Communicate with Chicago Title Land Trust Company regarding requirements for conveyance; prepare closing documents and communicate with K. Goodman regarding same. | -48.75 |
| 2/22/14 | AC | KMRE | .10 | 32.50 | Communicate with K. Goodman regarding 2011 tax redemption estimate. | |
| 2/24/14 | AC | KMRE | 1.00 | 325.00 (7) | Review closing documents with K. Goodman; communicate with K. Goodman regarding lender requirements; revise direction to convey; revise draft documents per J. Shin. | -32.50 |
| 2/25/14 | AC | JSHI | 1.90 | 161.50 (7) | Receive and review the property's lease documents; per Ms. Reed's request, draft Estoppel Certificates and notices to Tenant; seek Ms. Reed's review. | -16.15 |
| 2/25/14 | AC | KMRE | .80 | 260.00 (7) | Review leases for terms; communicate with K. Goodman regarding security deposits; communicate with K. Funk regarding SNDAs, estoppels and closing deliveries. | -26.00 |
| 2/26/14 | AC | KRGO | 1.00 | 460.00 | Court appearance regarding Motion to Sell Vehicles | |



-332.15

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 2/26/14 | AC | KMRE | 3.80 | 1,235.00 | Revise notice to tenants and tenant estoppel certificates; communicate with City of Rolling Meadows regarding final utility reading; update closing statement; communicate with Chicago Title regarding closing; revise estoppel per K. Goodman; prepare affidavit and trustee certification, revise closing statement, communicate with CTLT regarding direction to convey, review estoppel and revise closing statement; communicate with K. Goodman regarding utilities; revise closing statement; communicate with K. Goodman regarding outstanding items. |
| 2/27/14 | AC | KMRE | 3.50 | 1,137.50 | Communicate with K. Goodman regarding closing documents; communicate with K. Funk regarding extension of closing date; prepare closing documents for signature; discuss tax payments with K. Goodman; telephone conference with K. Goodman and K. Funk regarding closing status and closing documents; communciate with Land Trust Company regarding closing documents; review preliminary closing statement, communicate with K. Goodman regarding closing documents and tax forms; communicate with K. Funk regarding lender requirements; review revised closing statement and proposed lender documents; review and markup proposed payoff letter send comments to trust company; review leases for subordination language, communicate with K. Goodman regarding same; review revised closing statement. |
| 2/28/14 | AC | KMRE | 1.80 | 585.00 | Telephone conference with Chicago Title Land Trust regarding pay proceeds terms; review closing statement and communicate with Chicago Title regarding revisions to same; communicate with K. Goodman and K. Funk regarding closing; communicate with Chicago Title regarding closing documents. |
| 3/03/14 | AC | KMRE | 3.20 | 1,040.00 | Communicate with K. Goodman regarding closing; revise buyer's proposed SNDAs and tenant estoppels; telephone conference with K. Funk regarding status; revise assignment of contracts; communicate with Land Trust department regarding closing deliveries; prepare document package for title company. |

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 3/04/14 | AC | KMRE | 4.60 | 1,495.00 (?) | Communicate with title company and K. Goodman regarding closing deliveries; communicate with T. DalCampo regarding tax bills; revise escrow agreement; attend closing at Chicago Title Insurance Company loop office; communicate with Bank of America regarding final approval; review closing statement; communicate with underwriter regarding TI for tax payments; communicate with Chicago Title Land Trust company regarding trustee's deed, ALTA statement and direction to convey; telephone conference with NAI Hiffman regarding closing. -149.50 |
| 3/04/14 | AC | TSDC | 1.20 | 54.00 | Obtained duplicate tax bill for 2013 real estate taxes from the Cook County Treasurer's Office; obtained estimate of redemption for taxes sold in 2011 from the real estate and tax services division. |
| 3/05/14 | AC | KMRE | .40 | 130.00 (?) | Communicate with underwriter regarding closing documents; prepare county transfer tax declaration; circulate closing statement. -13.00 |
| 3/07/14 | AC | KMRE | .60 | 195.00 | Prepare closing binder. |
| 3/10/14 | AC | KMRE | .10 | 32.50 | Review correspondence from Cook County Treasurer. |
| 3/11/14 | AC | KMRE | .40 | 130.00 | Communicate with K. Goodman regarding final closing disbursements and closing matters. |
| 3/26/14 | AC | KMRE | .40 | 130.00 | Communicate with Chicago Title regarding closing documents; prepare closing binder. |
| 4/29/14 | AC | KMRE | .30 | 97.50 | Communicate with N. Moneta regarding preparation of closing binder and final documents; communicate with buyer attorney K. Funk regarding recorded documents. |
| 5/19/14 | AC | KMRE | .40 | 130.00 | Telephone calls from K. Goodman regarding property tax redemption; telephone conference with F. Newson of the county clerk office regarding sale in error and application of tax payment. |
| 5/29/14 | AC | KMRE | 2.50 | 812.50 (?) | Telephone conference with K. Goodman regarding confirmation of bank payment to bankruptcy court; communicate with Chicago Title regarding same; telephone conference with County Clerk office regarding application of 2011 redemption payment; communicate with K. Cozzie and A. Priest regarding title indemnity, recap with K. Goodman; review emails from closing and communicate with K. Goodman regarding same; draft summary memo per K. Goodman. -81.25 |
| 5/30/14 | AC | KMRE | 1.20 | 390.00 (?) | Telephone conference with F. Newson of the Cook County Clerk's office; telephone conference with Cook County Treasurer's office regarding 2011 bill; revise memo; discuss with K. Arnold. 39.00 |
| 6/02/14 | AC | KMRE | .20 | 65.00 | Telephone conference with Monica of Cook County Treasurer's Office. |



-282.75

Client/File #: F32235/00002

Invoice #: 2651316

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 6/04/14 | AC | KMRE | .20 | 65.00 | Communicate with K. Arnold; review title commitment regarding tax payments. |
| 6/06/14 | AC | KMRE | .30 | 97.50 | Communicate with Chicago Title regarding wire confirmation; revise tax memo. |
| 6/09/14 | AC | KMRE | .60 | 195.00 | Communicate with Chicago Title regarding wire confirmation of proceeds; communicate with K. Goodman regarding status; revise memo; prepare memo for circulation. |
| 6/10/14 | AC | KMRE | .20 | 65.00 | Research regarding title insurance claim. |
| 7/11/14 | AC | KMRE | 1.00 | 325.00 | Review purchase agreement regarding tax reproration terms; review tax appeal letter; draft letter to buyer regarding same. |
| 7/18/14 | AC | KMRE | .10 | 32.50 | Communicate with S. Hojnacki regarding tax reproration requirements. |
| 7/25/14 | AC | KMRE | .90 | 292.50 | Review tax reproration and payment status; communicate with K. Goodman regarding same. |
| 7/28/14 | AC | KMRE | .80 | 260.00 | Communicate with K. Goodman regarding tax status; communicate with S. Hojnacki regarding next steps; review options against title company. |
| 8/04/14 | AC | KMRE | .20 | 65.00 | Communicate with S. Hojnacki regarding correspondence to buyer and Chicago Title regarding real estate taxes. |
| 8/05/14 | AC | KMRE | .50 | 162.50 | Review closing statement and correspondence with Chicago Title and lender counsel regarding closing tax credits to buyer. |
| 8/08/14 | AC | KMRE | .60 | 195.00 | Prepare tax reproration letters for 2013 real estate taxes. |
| | | | 79.40 | $25,099.00 | Sub Total |

Activities related to post-petition tran

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 8/25/14 | AM | KRGO | .50 | 230.00 | Draft demand letter to Ryland Homes regarding fraudulent and post-petition transfers. |
| 8/26/14 | AM | KRGO | .60 | 276.00 | E-mails with Mr. Cahill regarding suggested revisions to Ryland demand letter regarding fraudulent and post-petition transfers; revise demand letter. |
| | | | 1.10 | $506.00 | Sub Total |

Activities related to secured creditors

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 8/26/13 | AW | KRGO | .50 | 42.50 | Preparation of correspondence to Mr. Cahill regarding agreement regarding payment of Trustee and professional fees by BofA pursuant to 506(c). |

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 8/27/13 | AW | KRGO | .20 | 88.00 (7) | REVISE DRAFT CORRESPONDENCE TO MR. CAHILL RE AGREEMENT RE PAYMENT OF TRUSTEE AND PROFESSIONAL FEES BY BOFA PURSUANT TO 506(C); TRANSMISSION TO MR. CAHILL FOR REVIEW (12) -8.80 |
| 7/29/14 | AW | KRGO | 1.20 | 552.00 | Preparation of Motion to Authorize Distribution to Bank of America. |
| 7/30/14 | AW | KRGO | .50 | 230.00 | Revisions to Motion to Authorize Distribution to Bank of America; telephone conference with Mr. Cahill regarding notice issues regarding Motion. |
| 7/31/14 | AW | KRGO | .40 | 184.00 (7) | Preparation of Notice to Creditors; final revisions to Motion for Authorization to Distribute; e-mails with Mr. Cahill regarding Motion. -18.40 |
| 8/26/14 | AW | KRGO | 1.00 | 460.00 | Court appearance regarding Bank's Motion for 2004 exam and Trustee's Motion to Distribute to Bank |
| | | | 3.80 | $1,556.50 | Sub Total |

Post-petition financing and/or use of ca

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 8/26/13 | BB | KRGO | 1.60 | 136.00 | Draft Motion for Authority to Use Cash Collateral and for Borrowings |
| 8/27/13 | BB | KRGO | .40 | 176.00 (7) | COMPLETE DRAFTING OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR BORROWINGS; TRANSMIT SAME TO MR. CAHILL FOR REVIEW (12) -17.60 |
| 9/27/13 | BB | KRGO | .80 | 352.00 | REVIEW DRAFT CASH COLLATERAL STIPULATION; TELEPHONE CONFERENCE WITH MR. CAHILL RE SAME AND REQUESTED CHANGES. |
| 10/01/13 | BB | KRGO | 1.20 | 528.00 | REVIEW AND REVISE DRAFT CASH COLLATERAL STIPULATION RECEIVED FROM MR. CAHILL. |
| 10/02/13 | BB | KRGO | 1.30 | 572.00 | REVIEW AND REVISE DRAFT MOTION FOR USE OF CASH COLLATERAL AND ORDER; REVIEW REVISED CASH COLLATERAL STIPULATION |
| 10/22/13 | BB | KRGO | .40 | 176.00 | COURT APPEARANCE RE MOTION TO USE CASH COLLATERAL |
| | | | 5.70 | $1,940.00 | Sub Total |

Activities related to professionals

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 8/27/13 | BF | KRGO (1) | .50 | 220.00 | Draft Trustee's Motion to Employ Counsel |
| 9/03/13 | BF | KRGO | .50 | 220.00 | COURT APPEARANCE RE MOTION TO EMPLOY COUNSEL FOR TRUSTEE. -57.50 |
| 9/04/13 | BF | KRGO (1) | 1.30 | 572.00 | DRAFT MOTION TO EMPLOY AUCTIONEER AND CONDUCT AUCTION SALE AND NOTICE TO CREDITORS. -149.50 |



-251.80

| Date | Task | Atty | Hours | Amount | Description Of Services Render | |
|---|---|---|---|---|---|---|
| 9/04/13 | BF | KRGO | .70 | 308.00 | REVIEW REVISED MANAGEMENT AGREEMENT; E-MAIL TO MR. CAHILL RE SAME. | |
| 9/06/13 | BF | KRGO | .40 | 176.00 | E-MAILS WITH MR. CAHILL RE MOTION TO EMPLOY AUCTIONEER AND CONDUCT AUCTION SALE; REVISE MOTION AS PER COMMENTS FROM MR. CAHILL. | |
| 9/11/13 | BF | KRGO | .50 | 220.00 | E-MAILS WITH ME CAHILL RE REVISIONS TO MANAGEMENT AGREEMENT | |
| 9/11/13 | BF | KRGO | 1.00 | 440.00 (17) | MAKE INITIAL REVISIONS TO BOILERPLATE MANAGEMENT AGREEMENT; REVIEW MR. CAHILL'S REVISIONS | -44.00 |
| 9/12/13 | BF | KRGO | .90 | 396.00 | REVISIONS TO MANAGEMENT AGREEMENT; E-MAIL TO MR CAHILL RE SAME | |
| 9/17/13 | BF | KRGO (1) | .80 | 352.00 | PREPARE MOTION TO EMPLOY REAL ESTATE BROKER | -92.00 |
| 9/18/13 | BF | KRGO | 1.00 | 440.00 | COURT APPEARANCE RE MOTION TO RETAIN AUCTIONEER; TELEPHONE CONFERENCE WITH MR. DODGE RE AUCTION. | |
| 9/19/13 | BF | KRGO | .70 | 308.00 (17) | E-MAILS AND TELEPHONE CONFERENCE WITH MR. HOCHMAN, ATTORNEY FOR HIFFMAN PROPERTY MANAGER RE MANAGEMENT AGREEMENT; REVIEW REVISIONS TO MANAGEMENT AGREEMENT BY MR. HOCHMAN AND FORWARD SAME TO MR. CAHILL | -30.80 |
| 9/19/13 | BF | KRGO (1) | 1.00 | ~~440.00~~ 325.00 | PREPARE MOTION TO RETAIN REAL ESTATE BROKER | -115.00 |
| 9/25/13 | BF | KRGO | .40 | 176.00 | REVIEW REVISED MANAGEMENT AGREEMENT FROM MR. HOCHMAN, ATTORNEY FOR HIFFMAN; E-MAILS WITH MR. HOCKMAN RE SAME; FORWARD REVISIONS TO MR. CAHILL FOR APPROVAL. | |
| 10/02/13 | BF | KRGO | 1.00 | 440.00 | COURT APPEARANCE RE MOTION TO RETAIN REAL ESTATE BROKER AND MOTION TO RETAIN ACCOUNTANT. | |
| 10/08/13 | BF | KRGO | .30 | 132.00 | PREPARE VERIFIED STATEMENT OF MR. ASSOSIAN, PROPERTY MANAGER AS EXHIBIT TO MOTION TO EMPLOY PROPERTY MANAGER. | |
| 10/08/13 | BF | KRGO | .40 | 176.00 | REVIEW AND COMPLETE DOCUMENTS SENT BY MR. BRANNIGAN WHICH MUST BE EXECUTED TO COMMENCE 2013 TAX APPEAL; E-MAIL DOCUMENTS TO MR. BRANNIGAN. | |
| 10/09/13 | BF | KRGO | .40 | 176.00 | REVIEW AND REVISE CONTRACT FOR REAL ESTATE TAX CONSULTANT; E-MAILS WITH MR. TIVNAN RE SAME. | |
| 10/10/13 | BF | KRGO | .50 | 220.00 | REVISIONS TO CONTRACT FOR LEGAL SERVICES FOR SPECIAL COUNSEL FOR REAL ESTATE TAX APPEAL; COMPLETION OF FORMS FOR APPEAL; E-MAIL TO MR. BRANNIGAN RE SAME. | |



-281.80

Client/File #: F32235/00002

Invoice #: 2651316

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|---|---|---|---|---|---|
| 10/22/13 | BF | KRGO | .40 | 176.00 | COURT APPEARANCE RE MOTION TO EMPLOY PROPERTY MANAGER |
| 10/24/13 | BF | KRGO | .50 | 220.00 | FINALIZE MOTIONS TO EMPLOY TAX CONSULTANT AND SPECIAL COUNSEL FOR TAX APPEAL. |
| 11/06/13 | BF | KRGO | .80 | 352.00 | COURT APPEARANCE RE MOTIONS TO RETAIN TAX APPEAL CONSULTANT AND TAX APPEAL COUNSEL |
| 11/14/13 | BF | KRGO | .70 | 308.00 | Review Auctioneer's expenses; prepare Motion to Pay Auctioneer's Expenses. |
| 12/02/13 | BF | KRGO | .50 | 220.00 | REVIEW DEBTOR'S COUNSEL'S FINAL FEE APPLICATION; E-MAILS WITH MR. CAHILL RE SAME. |
| 12/03/13 | BF | KRGO | .50 | 220.00 | COURT APPEARANCE RE DEBTOR'S ATTORNEY'S FINAL APPLICATION FOR COMPENSATION. |
| 12/04/13 | BF | KRGO | 1.00 | 440.00 | COURT APPEARANCE RE MOTION TO PAY AUCTION EXPENSES. |
| 1/14/14 | BF | KRGO | .70 | 322.00 | Court appearance regarding Debtor's Counsel's Motion for Compensation. |
| 1/29/14 | BF | KRGO | .70 | 322.00 | COURT APPEARANCE RE MOTION TO VACATE ORDER RE COMPENSATION; REVIEW DRAFT ORDER FROM MR. HERZOG; E-MAIL TO MR. HERZOG RE REVISIONS TO DRAFT ORDER. |
| 2/18/14 | BF | KRGO | .60 | 276.00 | Prepare Trustee's Motion to Employ RCC |
| 2/20/14 | BF | KRGO | .70 | 322.00 | Prepare Motion to Pay Tax Consultant |
| 3/05/14 | BF | KRGO | .50 | 230.00 | Court appearance regarding Motion to Pay Tax Consultant |
| 3/05/14 | BF | KRGO | .50 | 230.00 | Court appearance regarding Motion to Employ RCC to collect accounts receivable. |
| | | | 20.40 | $9,050.00 | Sub Total |

TOTAL PROFESSIONAL SERVICES $ 38,591.50

**COSTS ADVANCED**

**COPYING**

| Date | Description | Amount |
|---|---|---|
| 5/03/14 | Copying/printing (4) Need Price Per Copy | 19.80 |
| | Sub-Total of Expenses: | $19.80 |

-19.80

**DELIVERY SERVICES/MESSENGER**

| Date | Description | Amount |
|---|---|---|
| 10/09/13 | MESSENGER-FEDERAL EXPRESS | 12.37 |
| 10/21/13 | MESSENGER-FEDERAL EXPRESS | 8.95 |





-19.80