**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 1 2 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                              )
                                                    )
                                                    )   Case No. 12 B 39415
KOECKRITZ INTERNATIONAL, INC.                       )
                                                    )
                                                    )
                                                    )   Chapter 7
        Debtor.                                     )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C., ACCOUNTANT FOR TRUSTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $28,988.60 | TOTAL COSTS REQUESTED: | $59.88 |
| TOTAL FEES REDUCED: | $215.12 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $28,773.48 | TOTAL COSTS ALLOWED: | $59.88 |

### TOTAL FEES AND COSTS ALLOWED: $28,833.36

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk

activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: November 12, 2014

                                                  Eugene R. Wedoff
                                                  United States Bankruptcy Judge

8/5/2014            Alan D. Lasko & Associates, P.C.
1:28 PM            Pre-bill Worksheet            Page   8

Koeckritz Intl.002:Koeckritz International, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/14/2014<br>125445 | A. Lasko<br>800 | 278.00 | 0.40 | 111.20 | Billable |
| | work with staff re: modified tax cash income and effect of inventory adjustment calculation for tax purposes | | | | |
| 4/14/2014<br>125478 | K. Seyller<br>800 | 102.00 | 2.40 | 244.80 | Billable |
| | detail tracing review of changes made to workpapers and tax returns for 2013 | | | | |
| 4/15/2014<br>125480 | K. Seyller<br>800 | 102.00 | 0.60 | 61.20 | Billable |
| | Review of 2013 tax return related to 263(a) adjustment and Book vs Tax Income | | | | |
| 4/22/2014<br>125752 | J. Lasko<br>800 | 78.00 | 1.10 | 85.80 | Billable |
| | Updated 2013 return after conversation with reviewer about unicap | | | | |
| 4/22/2014<br>125756 | A. Lasko<br>800 | 278.00 | 0.40 | 111.20 | Billable |
| | review of changes to inventory capitalization entries and requested staff to prepare changes related to item | | | | |
| 4/22/2014<br>125757 | A. Lasko<br>800 | 278.00 | 0.40 | 111.20<br>−11.12 | Billable |
| | sign off of federal and state tax returns and efile authorization letter for 2013 | | | | |
| TOTAL | Billable Fees | | 81.30 | $12,394.20 | |

(7) (12)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/10/2013<br>119938 | A. Lasko<br>108 | 16.50 | 1.000 | 16.50 | Billable |
| | parking - home, to debtor to downtown re: meeting at debtor's location and then went downtown | | | | |
| 10/10/2013<br>119939 | A. Lasko<br>109 | 1.20 | 1.000 | 1.20 | Billable |
| | tolls - home to debtor to downtown and then home | | | | |
| 3/17/2014<br>124193 | C. Wilson<br>115 | 12.80 | 1.000 | 12.80 | Billable |
| | Photocopy costs for 2012 Forms 1120S income tax returns - 128 pages @ $.10 per page. | | | | |

−11.12

8/5/2014  
1:33 PM

Alan D. Lasko & Associates, P.C.  
Pre-bill Worksheet

Page   4

Koeckritz Intl.005:Koeckritz International, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total Billable |
|---|---|---|---|---|---|
| 2/28/2014 123444 | A. Lasko 800 met with staff to discuss cash cutoff and new value additional issues | 278.00 | 0.40 | 111.20 | Billable |
| 2/28/2014 123467 | K. Seyller 800 Reviewed open payables list and added invoices to preference worksheet | 102.00 | 2.20 | 224.40 | Billable |
| 2/28/2014 123468 | K. Seyller 800 worked with bank statements searching for cleared checks over $5,000 to assist with determinnng potential preferences | 102.00 | 1.90 | 193.80 | Billable |
| 3/1/2014 123511 | K. Seyller 800 Recapped final preference work; confirmed totals for exemptions invoices w/ credits tied to all exemptions taken for preferences | 102.00 | 0.40 | 40.80 | Billable |
| 3/16/2014 124028 | A. Lasko 800 initial review of final adjusted listing and prepared follow up questions for staff to review | 278.00 | 0.90 | 250.20 | Billable |
| 3/17/2014 124095 | K. Seyller 800 Updated preference worksheet to include invoice no.'s and paid/unpaid invoices as they relate to new value; | 102.00 | 2.30 | 234.60 | Billable |
| 3/17/2014 124103 | K. Seyller 800 updated procedures memo to include all processes applied when arriving at potential preferences | 102.00 | 0.60 | 61.20 -61.20 | Billable |
| 3/19/2014 124181 | J. Lasko 800 Created a schedule of payments to vendors who appeared in the companies check register for 2013. Created a memo to follow up with Tom K. regarding certain individuals/companies. Called companies to obtain FEIN | 78.00 | 2.90 | 226.20 | Billable |
| 3/19/2014 124187 | J. Lasko 800 preparation of document request to tom koeckritz regarding invoices and other information related to companies selected that were paid by check | 78.00 | 1.20 | 93.60 | Billable |

(4)

-61.20

| 8/5/2014 | Alan D. Lasko & Associates, P.C. | |
|---|---|---|
| 1:33 PM | Pre-bill Worksheet | Page 6 |

Koeckritz Intl.005:Koeckritz International, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/3/2014<br>126412 | K. Seyller<br>800 | 122.00 | 3.80 | 463.60 | Billable |
| | Calculation of all vendor invoices that were >= 5K paid within 1 year prior to BK filing to determine days between invoice date and check clearing date for each | | | | |
| 6/3/2014<br>126414 | K. Seyller<br>800 | 122.00 | 1.70 | 207.40 | Billable |
| | Preparation of excel worksheet to show average days it took each vendor's invoice to be paid for the 9 month period prior to the 3 month preference period for the BK | | | | |
| 6/4/2014<br>126409 | K. Seyller ④<br>800 | 122.00 | 0.30 | 36.60<br>-36.60 | Billable |
| | Memo'd file regarding process to derive average days to pay vendors | | | | |
| 6/4/2014<br>126413 | K. Seyller<br>800 | 122.00 | 0.80 | 97.60 | Billable |
| | Preparation of excel worksheet for average days to pay vendors within 3 months prior to filing for BK by debtor | | | | |
| 6/4/2014<br>126415 | K. Seyller<br>800 | 122.00 | 0.40 | 48.80 | Billable |
| | Preparation of excel worksheet for average days to pay vendor by debtor for period 1 year prior to BK filing | | | | |
| 6/4/2014<br>126416 | K. Seyller<br>800 | 122.00 | 0.60 | 73.20 | Billable |
| | Analysis of 3 month preference period just prior to BK filing versus remainder of the 12 month period prior to BK filing based on average # of days between invoice dates & check clearing date per each vendor | | | | |
| 6/23/2014<br>126700 | A. Lasko<br>800 | 280.00 | 1.40 | 392.00 | Billable |
| | review of additional detailed schedules summarizing ordinary course transactions prior to the 90 days before the filing, at the request of the secured lender | | | | |
| 6/23/2014<br>126701 | A. Lasko<br>800 | 280.00 | 0.40 | 112.00 | Billable |
| | worked with staff concerning ordinary terms by vendor as well as in overall average of vendors | | | | |
| 6/23/2014<br>126727 | K. Seyller<br>800 | 122.00 | 0.40 | 48.80 | Billable |
| | Input 9 month average days as ordinary terms for vendors | | | | |

-36.60

| 8/5/2014 | Alan D. Lasko & Associates, P.C. | |
|---|---|---|
| 1:36 PM | Pre-bill Worksheet | Page   1 |

## Selection Criteria

| Clie.Selection | Include: Koeckritz Intl.007 |
|---|---|

| | |
|---|---|
| Nickname | Koeckritz Intl.007 | 4580 |
| Full Name | Koeckritz International, Inc. |
| Address | c/o Karen R. Goodman, Trustee |
| | 111 E. Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | insider disbursement review |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 7/30/2014 |
| Last payment | Amount   $0.00 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/22/2013<br>121052 | J. Lasko<br>800 | 82.00 | 0.70 | 57.40 | Billable |
| | Prepared related party schedule of payments made in 2012. | | | | |
| 11/22/2013<br>121054 | J. Lasko<br>800 | 82.00 | 0.30 | 24.60 | Billable |
| | Prepared new related party payable schedule and looked for additional information | | | | |
| 5/19/2014<br>126206 | J. Lasko<br>800 | 82.00 | 1.70 | 139.40 | Billable |
| | Created new schedule with related party/insider payables two years prior to bankruptcy filing date. | | | | |
| 5/19/2014<br>126225 | J. Lasko<br>800<br>worked on updating preference (4) | 82.00 | 0.70 | 57.40<br>-57.40 | Billable |
| 5/29/2014<br>126258 | K. Seyller<br>800 | 122.00 | 0.70 | 85.40 | Billable |
| | Reviewed insider/related party payee list for two and a half year period | | | | |
| 6/3/2014<br>126410 | K. Seyller<br>800 | 122.00 | 0.40 | 48.80 | Billable |
| | Memo'd file of process taken when arriving at related party/insider payables for period requested by Trustee (4) | | | | -48.80 |

-10620