**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KOECKRITZ INTERNATIONAL, INC., | ) | |
| | ) | CASE NO. 12-39415 |
| | ) | |
| Debtor(s) | ) | JUDGE EUGENE R. WEDOFF |
| | ) | |

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:   Alan D. Lasko & Associates, P.C.

Authorized to Provide
Professional Services to:   Trustee

Date of Order Authorizing Employment:   October 2, 2013

Period for Which
Compensation is sought:   August 6, 2014, through July 13, 2015

Amount of Fees sought:   $13,160.40

Amount of Expense
Reimbursement sought:   $61.56

This is an:          Interim Application _____          Final Application   X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| 10/22/2014 | 10/02/2013 through 08/05/2014 | $          29,048.48 | $          28,773.48 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

$28,773.48

Date: September 16, 2015          By:  Alan D. Lasko & Associates, P.C.
                                              Applicant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Koeckritz International, Inc. | ) | No. 12 B 39415 |
| | ) | |
| 36-2804796 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |

## SECOND AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request second and final compensation of $13,160.40 and expenses of

$61.56 for the time period from August 6, 2014 through July 13, 2015. A detail is provided

herein for the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.


## INTRODUCTION


This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## KOECKRITZ INTERNATIONAL, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 11 on or about October 3, 2012. The legal proceedings were converted to one under Chapter 7 on or about August 7, 2013. A Trustee was subsequently appointed. On October 2, 2013, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for assisting the Trustee in preparing the Debtor's years 2014 and short period final 2015 income tax returns, responding to several Internal Revenue Service notices, preparing a 90-day and insider potential preference listing, and amending the year 2013 income tax returns.

2

## KOECKRITZ INTERNATIONAL, INC.

### FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 96.0 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period.   This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.   In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.   No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## KOECKRITZ INTERNATIONAL, INC.

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 2.6 hours in the preparation of this fee Application.

  Cost                $294.40

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.6 | $ 284.00 | $ 170.40 |
| C. Wilson, Staff | 2.0 | 62.00 | 124.00 |
|  | 2.6 |  | $ 294.40 |

### TAX PREPARATION

The Applicant incurred 70.5 hours in the preparation of the workpapers and year-end tax returns

for 2014 and the final short period 2015.

The work included, but was not limited to the following:

- Review of Debtor's prior income tax returns.
- Review of prior accountant's selected workpapers on significant income tax issues.
- Review of prior Internal Revenue Service audit and accounting method agreed to for income tax purposes for this taxpayer.
- Preparation of detailed Unicap calculations (tax accounting inventory adjustments) for both years.
- Preparation of detailed depreciation schedules for regular, alternative minimum tax and state income tax purposes.
- Calculation of gain/loss for regular and alternative minimum tax purposes on sales of assets.
- Follow up with Trustee regarding specific items on the Debtor's tax returns.
- Estimated time for preparation of information tax returns for the entity.

4

## KOECKRITZ INTERNATIONAL, INC.

- Search Debtor's office for accounting records and computers.
- Follow up with Debtor personnel regarding specific item requests.

    Cost        $9,125.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 05/01/15) | 4.0 | $  284.00 | $    1,136.00 |
| A. Lasko (Pre 05/01/15) | 6.1 | 280.00 | 1,708.00 |
| J. Delahunt, Tax Manager (Post 05/01/15) | 0.3 | 283.00 | 84.90 |
| J. Delahunt, Tax Manager (Pre 05/01/15) | 1.9 | 279.00 | 530.10 |
| D. Konomidis, Tax Supervisor | 0.6 | 220.00 | 132.00 |
| K. Seyller, Senior (Post 05/01/15) | 2.2 | 142.00 | 312.40 |
| K. Seyller, Senior (Pre 05/01/15) | 14.0 | 128.00 | 1,792.00 |
| R. Berenguer, Staff | 1.9 | 81.00 | 153.90 |
| B. Zhu, Staff (Post 05/01/15) | 11.7 | 88.00 | 1,029.60 |
| B. Zhu, Staff (Pre 05/01/15) | 27.5 | 81.00 | 2,227.50 |
| C. Wilson, Staff | 0.3 | 62.00 | 18.60 |
|  | 70.5 |  | $    9,125.00 |

## RESPOND TO TAX AUTHORITIES

The Applicant incurred 7.1 hours in the preparation of data as requested by the Illinois Department of Employment Securities (IDES) relating to several notices. The IDES notices were resolved. Additionally, time was incurred requesting a waiver of a late file Internal Revenue Service penalty for the 2012 income tax return, which was granted. A Florida Department of Revenue notice was also resolved.

    Cost        $1,406.40

5

## KOECKRITZ INTERNATIONAL, INC.

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 05/01/14) | 1.7 | $ 280.00 | $ 476.00 |
| D. Konomidis, Tax Supervisor | 3.2 | 220.00 | 704.00 |
| K. Seyller, Senior | 1.3 | 122.00 | 158.60 |
| J. Lasko, Staff | 0.6 | 82.00 | 49.20 |
| C. Wilson, Staff | 0.3 | 62.00 | 18.60 |
| | 7.1 | | $ 1,406.40 |

## POTENTIAL PREFERENCES ANALYSES

The Applicant incurred 3.7 hours in the review of the Debtor's records to prepare a 90-day and 1-year list of disbursements for the Trustee to further review.

Cost                $360.20

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.6 | $ 280.00 | $ 168.00 |
| C. Wilson, Staff | 3.1 | 62.00 | 192.20 |
| | 3.7 | | $ 360.20 |

## AMENDED INCOME TAX RETURN – 2013

The Applicant incurred 12.1 hours working on the year 2013 amended income tax returns.

Cost                $1,974.40

6

### KOECKRITZ INTERNATIONAL, INC.

A recap of compensation for this category is as follows:

|                      | Hours | Rate       | Amount      |
|----------------------|-------|------------|-------------|
| A. Lasko             | 2.8   | $  280.00  | $    784.00 |
| K. Seyller, Senior   | 9.3   | 128.00     | 1,190.40    |
|                      | 12.1  |            | $  1,974.40 |

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner            | $283 | - | $284 |
|------------------|------|---|------|
| Manager/Director | 220  | - | 283  |
| Supervisors      | 160  | - | 220  |
| Senior           | 120  | - | 160  |
| Assistant        | 65   | - | 120  |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project            | First Interim Application | Second Interim Application | Total        |
|-----------------------------|---------------------------|---------------------------|--------------|
| Billing                     | $      745.60             | $      294.40             | $   1,040.00 |
| Tax Preparation             | 12,394.20                 | 9,125.00                  | 21,519.20    |
| Respond to Tax Authorities  | 779.20                    | 1,406.40                  | 2,185.60     |
| Potential Preferences       | 14,405.20                 | 360.20                    | 14,765.40    |
| Insider Disbursement        | 664.40                    | -                         | 664.40       |
| Amended Tax Returns - 2013  | -                         | 1,974.40                  | 1,974.40     |
| Net Request                 | $   28,988.60             | $   13,160.40             | $  42,149.00 |

## KOECKRITZ INTERNATIONAL, INC.

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 9.0 | $ 1,040.00 | $ 115.56 |
| Tax Preparation | 151.8 | 21,519.20 | $ 141.76 |
| Respond to Tax Authorities | 10.5 | 2,185.60 | $ 208.15 |
| Potential Preferences | 129.1 | 14,765.40 | $ 114.37 |
| Disbursement Review | 6.6 | 664.40 | $ 100.67 |
| Amended Tax Returns - 2013 | 12.1 | 1,974.40 | $ 163.17 |
| | 319.1 | $ 42,149.00 | $ 132.09 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | Tax Preparation | Respond to Tax Authorities | First Interim Application Total | Second Interim Application | Total |
|---|---|---|---|---|---|
| Copy Costs | $ 23.60 | $ 1.00 | $ 24.60 | $ 46.80 | $ 71.40 * |
| Postage | - | 1.58 | 1.58 | 0.96 | 2.54 |
| Delivery | 16.00 | - | 16.00 | 13.80 | 29.80 |
| Parking | 16.50 | - | 16.50 | - | 16.50 |
| Tolls | 1.20 | - | 1.20 | - | 1.20 |
| | $ 57.30 | $ 2.58 | $ 59.88 | $ 61.56 | $ 121.44 |

*Includes Amended Tax Return Copies.

8

## KOECKRITZ INTERNATIONAL, INC.

The Applicant has received its first interim compensation for the period October 2, 2013 through

August 5, 2014 as follows:

|  | Compensation | Expenses |
|---|---|---|
| 10/02/13-08/05/14 | $  28,988.60 | $    59.88 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary

and appropriate to the administration of the Chapter 7 case and was in the best interests of the

parties in interest.  Compensation for the foregoing services as requested is commensurate with

the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has

taken significant efforts to ensure that the professional services were performed with expedience

and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the

Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and

reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;

9

## KOECKRITZ INTERNATIONAL, INC.

    (C)      whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

    (D)      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time

KOECKRITZ INTERNATIONAL, INC.

expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested second and final compensation of $13,160.40 and expenses of $61.56 should be allowed for services by your Applicant for the period August 6, 2014 through July 13, 2015.

The Applicant is also requesting final approval of the first interim compensation of $28,988.60 and expenses of $59.88 for the time period from October 2, 2013 through August 5, 2014.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Koeckritz International, Inc. | ) | No. 12 B 39415 |
| | ) | |
| 36-2804796 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )          SS.
COUNTY OF COOK )

    I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.    The Applicant has received its first interim compensation for the period October 2, 2013 through August 05, 2014 as follows:

| | Compensation | Expenses |
|---|---|---|
| 10/02/13-08/05/14 | $  28,988.60 | $    59.88 |

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _3o+h_ day of July, 2015.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

13

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-39415 |
| KOECKRITZ INTERNATIONAL, INC., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

THIS CAUSE COMING on to be heard upon the Trustee's Motion to Employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc. ("Lasko"), as accountants for the Trustee, due notice having been given and the Court finding that Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc., are disinterested persons within the meaning of 11 U.S.C. §101(14);

IT IS HEREBY ORDERED that the Trustee is authorized to employ Alan D. Lasko of the accounting firm of Alan D. Lasko & Associates, Inc., certified public accountants, and with all compensation to be paid as an administrative expense in such amount as this Court may hereinafter determine and allow upon proper application.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  October 02, 2013

**Prepared by:**

Karen R. Goodman (I.D. #1008242)
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Telephone:  (312) 527-4000
Facsimile:  (312) 275-7570

<u>**EXHIBIT B**</u>

<u>**PERSONNEL**</u>

## KOECKRITZ INTERNATIONAL, INC.

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 29 years. He brings his 39 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 36 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

## KOECKRITZ INTERNATIONAL, INC.

Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 14 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

Karen Seyller – Senior

Ms. Seyller has worked on various insolvency and litigation matters for over a year. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

Joseph Lasko – Staff

Mr. Lasko is a third-year staff intern person performing accounting and tax services. Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa. Mr. Lasko has also completed several post graduate accounting courses.

## KOECKRITZ INTERNATIONAL, INC.

Rafael D. Berenguer – Staff

Mr. Berenguer is a staff accountant performing accounting and tax services.  Mr. Berenguer has a Bachelor's and Master's Degree in Accounting from the University of Illinois at Chicago. Mr. Berenguer is currently taking the various parts of the CPA examination.

Bin Zhu – Staff

Mr. Zhu is a staff accountant performing accounting and tax services.  Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University.   Mr. Zhu has recently completed the CPA examination.

**EXHIBIT C**

**STAFF LEVELS**

## KOECKRITZ INTERNATIONAL, INC.

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

#### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

#### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

#### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**<u>EXHIBIT D</u>**

**<u>ACTUAL TIME FROM TIME SLIPS</u>**

**EXHIBIT D-1**

**TAX PREPARATION**

7/13/2015                                    Alan D. Lasko & Associates, P C
2.52 PM                                          Pre-bill Worksheet                                    Page      1

| Selection Criteria |
| --- |

| Clie.Selection | Include: Koeckritz Intl.002, Koeckritz Intl 004; Koeckritz Intl.005, Koeckritz Intl.012; Koeckritz Intl 080 |
| --- | --- |

| Nickname | Koeckritz Intl 002 \| 4319 |
| --- | --- |
| Full Name | Koeckritz International, Inc |
| Address | c/o Karen R Goodman, Trustee |
|  | 111 E Wacker Drive |
|  | Suite 2800 |
|  | Chicago IL 60601-3713 |

Phone 1                                    Phone 2
Phone 3                                    Phone 4
In Ref To          tax preparation
Fees Arrg.         By billing value on each slip
Expense Arrg       By billing value on each slip
Tax Profile        Exempt
Last bill          8/5/2014
Last charge        7/13/2015
Last payment       11/17/2014          Amount      $167 08

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
| --- | --- | --- | --- | --- | --- |
| 10/21/2014 129966 800 | A. Lasko | 280 00 | 0.20 | 56 00 | Billable |
|  | call with trustee to discuss 2014 and potential short period final tax return work for 2015 | | | | |
| 1/13/2015 131686 800 | R Berenguer | 81.00 | 1 20 | 97 20 | Billable |
|  | Preparation of information tax returns  -2014 | | | | |
| 1/15/2015 131736 800 | R. Berenguer | 81 00 | 0 30 | 24 30 | Billable |
|  | Preparation of information tax returns - 2014 | | | | |
| 1/15/2015 132434 800 | K Seyller | 128.00 | 0 30 | 38 40 | Billable |
|  | Research regarding 1099 preparation for 2014 | | | | |
| 1/22/2015 131895 800 | D Konomidis | 220.00 | 0.40 | 88 00 | Billable |
|  | reviewed  2014 information tax returns | | | | |
| 1/27/2015 132033 800 | D. Konomidis | 220 00 | 0.10 | 22.00 | Billable |
|  | reviewed updated information tax returns | | | | |

7/13/2015                          Alan D. Lasko & Associates, P C
2:52 PM                                Pre-bill Worksheet                                    Page    2

Koeckntz Intl.002 Koeckntz International, Inc  (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/27/2015 132049 | R Berenguer 800 | 81 00 | 0 40 | 32.40 | Billable |
| | Preparation of information tax returns . new information and changes - 2014 | | | | |
| 1/27/2015 132414 | K Seyller 800 | 128 00 | 0 40 | 51 20 | Billable |
| | performed research to search for and find FEIN numbers for vendors who received payments from debtor in 2014 re information tax return preparation | | | | |
| 2/24/2015 133278 | A Lasko 800 | 280 00 | 0 20 | 56 00 | Billable |
| | set up staff for year end tax work 2014 | | | | |
| 2/25/2015 133306 | B Zhu 800 | 81 00 | 1.60 | 129.60 | Billable |
| | Preparation of workpapers for tax return 2014 | | | | |
| 2/26/2015 133346 | B. Zhu 800 | 81.00 | 1 80 | 145 80 | Billable |
| | Preparation of workpapers for tax return 2014 | | | | |
| 3/2/2015 133443 | K. Seyller 800 | 128.00 | 0 40 | 51 20 | Billable |
| | Reviewed Form 2 Koeckritz with staff to determine proper 2014 preparation of tax return | | | | |
| 3/2/2015 133444 | K Seyller 800 | 128 00 | 0.70 | 89 60 | Billable |
| | Analyzed property sale and Bank of America notes payable amount | | | | |
| 3/2/2015 133456 | K. Seyller 800 | 128 00 | 0 80 | 102 40 | Billable |
| | prepared memo to file with outstanding questions related to 2014 property sales | | | | |
| 3/2/2015 133470 | B. Zhu 800 | 81 00 | 6.00 | 486.00 | Billable |
| | Preparation of workpapers for tax return 2014 | | | | |
| 3/3/2015 133488 | K. Seyller 800 | 128 00 | 0.20 | 25 60 | Billable |
| | Call with Trustee regarding Bank of America liabilities for 2014 tax return | | | | |
| 3/3/2015 133490 | K. Seyller 800 | 128 00 | 0.30 | 38 40 | Billable |
| | Reviewed with staff information received from Trustee for 2014 tax return | | | | |

7/13/2015                           Alan D. Lasko & Associates, P C
2 52 PM                                    Pre-bill Worksheet                              Page      3

Koeckritz Intl.002 Koeckritz International, Inc  (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/5/2015<br>133599 800 | K. Seyller | 128.00 | 0 40 | 51.20 | Billable |
| | Prepared memo to file with open points for tax return 2014 | | | | |
| 3/5/2015<br>133602 800 | K  Seyller | 128 00 | 0.40 | 51.20 | Billable |
| | Reviewed with staff preparation of tax return with information received from<br>Trustee | | | | |
| 3/5/2015<br>133626 800 | A. Lasko | 280 00 | 0.70 | 196.00 | Billable |
| | worked with staff re· book to tax fixed asset difference in prior year and<br>how that affects current tax year disposal of assets by trustee | | | | |
| 3/5/2015<br>133634 800 | K  Seyller | 128 00 | 0.70 | 89 60 | Billable |
| | Reviewed with staff book to tax adjustment for depreciable assets on 2014<br>TR | | | | |
| 3/5/2015<br>133642 800 | B. Zhu | 81.00 | 7 10 | 575 10 | Billable |
| | Preparation of workpapers and tax return for  2014 - changes and additions | | | | |
| 3/6/2015<br>133677 800 | B  Zhu | 81 00 | 6 80 | 550 80 | Billable |
| | Preparation of workpapers and tax return for 2014 | | | | |
| 3/7/2015<br>133683 800 | K  Seyller | 128.00 | 2 90 | 371 20 | Billable |
| | Reviewed workpapers and tax return 2014 | | | | |
| 3/7/2015<br>133703 800 | A  Lasko | 280.00 | 1.10 | 308 00 | Billable |
| | tax review of workpapers and tax returns and prepared follow up items for<br>staff to change | | | | |
| 3/7/2015<br>133707 800 | K  Seyller | 128 00 | 0 60 | 76 80 | Billable |
| | Reviewed prior open points and updated working papers as needed | | | | |
| 3/7/2015<br>133714 800 | B. Zhu | 81.00 | 0.80 | 64 80 | Billable |
| | Preparation of workpapers and tax return for 2014 | | | | |
| 3/9/2015<br>133772 800 | K. Seyller | 128.00 | 0 30 | 38 40 | Billable |
| | prepared memo to file as to status of Inventory in Trustee's possession as<br>requested by trustee | | | | |

7/13/2015                           Alan D  Lasko & Associates, P C
2.52 PM                                  Pre-bill Worksheet                              Page      4

Koeckntz Intl.002:Koeckntz International, Inc  (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 3/9/2015<br>133782 800 | C. Wilson<br>Prepared Form 7004, Extension of Time for 2014. | 62.00 | 0 30 | 18.60 | Billable |
| 3/10/2015<br>133811 800 | D  Konomidis<br>review of extension for 2014 | 220 00 | 0.10 | 22 00 | Billable |
| 4/2/2015<br>134810 800 | A. Lasko<br>assist staff with reversal of unicap tax calculations for inventory | 280.00 | 0 70 | 196.00 | Billable |
| 4/2/2015<br>134836 800 | B  Zhu<br>Update 2014 workpapers and tax return from 2013 amended return | 81.00 | 2 70 | 218 70 | Billable |
| 4/2/2015<br>134881 800 | K  Seyller<br>Prepare workpapers for updated 2014 tax return | 128 00 | 2 30 | 294 40 | Billable |
| 4/3/2015<br>134884 800 | B. Zhu<br>Update 2014 workpapers and tax return from 2013 amended return | 81 00 | 0 70 | 56 70 | Billable |
| 4/3/2015<br>134978 800 | K  Seyller<br>Analyze 2014 depreciation with reviewer | 128 00 | 0 30 | 38 40 | Billable |
| 4/4/2015<br>134908 800 | A  Lasko<br>review of changes to workpapers and tax returns - 2014 | 280 00 | 0 90 | 252 00 | Billable |
| 4/6/2015<br>134923 800 | K. Seyller<br>Review depreciation for 2013-2014 tax returns | 128 00 | 0.70 | 89.60 | Billable |
| 4/6/2015<br>134957 800 | K  Seyller<br>preformed tax research regarding depreciation for 2014 tax preparation and issues thereof | 128 00 | 0 60 | 76 80 | Billable |
| 4/27/2015<br>135892 800 | A  Lasko<br>review of changes made to alternative minimum tax depreciation and related gain/loss amounts from the sale of assets in 2014 | 280 00 | 0 90 | 252 00 | Billable |

Alan D Lasko & Associates, P C
Pre-bill Worksheet

Koeckntz Intl 002 Koecknitz International, Inc  (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/27/2015<br>135893 800 | J  Delahunt<br>review of allocation to non resident shareholder and the related Illinois<br>withholding tax requirements of an S Corp | 279 00 | 1.90 | 530 10 | Billable |
| 4/28/2015<br>135894 800 | A. Lasko<br>worked with staff re  review of receivables remaining on books that might<br>be able to be written off re, non collectable | 280 00 | 0.40 | 112 00 | Billable |
| 4/28/2015<br>135896 800 | K  Seyller<br>Prepare updated workpapers and tax return 2014 | 128 00 | 1 70 | 217 60 | Billable |
| 4/28/2015<br>135898 800 | A. Lasko<br>review of changes made to workpapers and tax returns based upon<br>additional information received for 2014 | 280 00 | 0 60 | 168 00 | Billable |
| 4/28/2015<br>135899 800 | A. Lasko<br>sign off of federal and state tax returns and efile authorization letter for 2014 | 280 00 | 0.40 | 112 00 | Billable |
| 6/4/2015<br>136707 800 | A. Lasko<br>review of data received from trustee for final return | 284 00 | 0.30 | 85 20 | Billable |
| 6/4/2015<br>136708 800 | A  Lasko<br>prepared list of items for staff to begin final tax return preparation - 2015 | 284 00 | 0.40 | 113 60 | Billable |
| 6/5/2015<br>136731 800 | B  Zhu<br>Preparation of workpaper and tax return for final 2015 | 88 00 | 1.70 | 149 60 | Billable |
| 6/8/2015<br>136764 800 | B. Zhu<br>Preparation of workpaper and tax return for final 2015 | 88 00 | 4 80 | 422 40 | Billable |
| 6/11/2015<br>136868 800 | K. Seyller<br>Reviewed 2015 final workpapers and tax return | 142.00 | 1 90 | 269 80 | Billable |
| 6/11/2015<br>136872 800 | A. Lasko<br>began tax review of final workpapers and return 2015 | 284 00 | 0 60 | 170 40 | Billable |

7/13/2015                          Alan D. Lasko & Associates, P C
2 52 PM                                Pre-bill Worksheet                              Page     6

Koeckritz Intl 002:Koeckritz International, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 6/11/2015 136873 800 | A  Lasko | 284 00 | 0.30 | 85 20 | Billable |
| | review of additional information received from the trustee for final return | | | | |
| 6/18/2015 137002 800 | A. Lasko | 284 00 | 0.60 | 170 40 | Billable |
| | review of bank claim and priority claims in addition to information submitted by the trustee for final return tax purposes | | | | |
| 6/18/2015 137003 800 | A  Lasko | 284.00 | 0.30 | 85 20 | Billable |
| | prepared list of changes to be made to workpapers and tax returns based upon this new information received | | | | |
| 6/19/2015 137036 800 | B  Zhu | 88.00 | 4 00 | 352 00 | Billable |
| | Preparation of workpapers and tax return for 2014 with new info provided by trustee | | | | |
| 6/22/2015 137053 800 | A  Lasko | 284 00 | 0 80 | 227 20 | Billable |
| | review of changes made to workpapers and tax returns for final return | | | | |
| 6/22/2015 137054 800 | A  Lasko | 284 00 | 0 30 | 85 20 | Billable |
| | prepared additional corrections to workpapers and tax returns - final | | | | |
| 6/22/2015 137056 800 | J. Delahunt | 283 00 | 0 30 | 84 90 | Billable |
| | call with Lasko (n/c by Lasko) re: discussed equity issue from debtor's return and how to correct for final tax return preparation | | | | |
| 6/22/2015 137057 800 | A. Lasko | 284 00 | 0.40 | 113 60 | Billable |
| | sign off of federal and state tax returns for short period final | | | | |
| 7/12/2015 137396 800 | B. Zhu | 88 00 | 1 20 | 105.60 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 7/13/2015 137397 800 | K  Seyller | 142 00 | 0 30 | 42 60 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |

7/13/2015                              Alan D Lasko & Associates, P C.
2 52 PM                                    Pre-bill Worksheet                                    Page      7

Koeckritz Intl.002:Koeckritz International, Inc  (continued)

|  |  |  | Amount | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| TOTAL | Billable Fees |  | 70 50 | $9,125 00 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/27/2015<br>132052 115 | C. Wilson<br>Photocopy costs for 2014 Forms 1096 and 1099 information tax returns -<br>19 pages @ $ 10 per page | 1 90 | 1 000 | 1 90 | Billable |
| 1/28/2015<br>132075 105 | C  Wilson<br>Postage for 2014 Forms 1096 and 1099 information tax returns | 0 96 | 1 000 | 0 96 | Billable |
| 1/28/2015<br>132086 116 | C  Wilson<br>Delivery of 2014 Forms 1096 and 1099 - confirmation #912723 | 2.76 | 1 000 | 2 76 | Billable |
| 4/28/2015<br>135912 115 | C. Wilson<br>Photocopy costs for 2014 Forms 1120S income tax returns - 113 pages @<br>$ 10 per page. | 11 30 | 1 000 | 11 30 | Billable |
| 4/29/2015<br>135913 116 | C. Wilson<br>Delivery of 2013 amended Forms 1120S and 2014 Forms 1120S income<br>tax returns to Karen R  Goodman - tracking #930984 | 5 52 | 1 000 | 5 52 | Billable |
| 6/22/2015<br>137063 115 | C. Wilson<br>Photocopy costs for 2015 Forms 1120S income tax returns - 88 pages @<br>$ 10 per page. | 8 80 | 1 000 | 8 80 | Billable |
| 6/22/2015<br>137064 116 | C. Wilson<br>Delivery of 2015 Forms 1120S income tax returns to Karen R  Goodman -<br>confirmation $940812 | 5 52 | 1 000 | 5 52 | Billable |

| | | | | |
|---|---|---|---|---|
| TOTAL | Billable Costs | | | $36.76 |

7/13/2015                          Alan D. Lasko & Associates, P C
2:52 PM                                 Pre-bill Worksheet                          Page      8

Koeckritz Intl.002 Koeckritz International, Inc  (continued)

---

| | Calculation of Fees and Costs | |
|---|---:|---:|
| | Amount | Total |
| **Fees Bill Arrangement· Slips** | | |
| By billing value on each slip. | | |
| Total of billable time slips | $9,125 00 | |
| Total of Fees (Time Charges) | | $9,125 00 |
| **Costs Bill Arrangement: Slips** | | |
| By billing value on each slip | | |
| Total of billable expense slips | $36 76 | |
| Total of Costs (Expense Charges) | | $36 76 |
| Total new charges | | $9,161 76 |
| **Previous Balance** | | |
| 120 Days | $12,451 50 | |
| Total Previous Balance | | $12,451.50 |

Accounts Receivables

| Date|ID | Type | Description | Amount | Total |
|---|---|---|---:|---:|
| 11/17/2014 16678 | PAY | Payment - thank you  Check No. 218 | ($59 88) | |
| 11/17/2014 16682 | PAY | Payment - thank you  Check No. 102 | ($12,009 42) | |
| 11/17/2014 16684 | PAY | Payment - thank you | ($167 08) | |
| 11/17/2014 16685 | CRED | Credit | ($215 12) | |
| Total Accounts Receivable | | | | ($12,451 50) |

| | Amount | Total |
|---|---:|---:|
| **New Balance** | | |
| Current | $9,161 76 | |
| Total New Balance | | $9,161.76 |

## EXHIBIT D-2

## RESPOND TO TAX AUTHORITIES

7/13/2015                             Alan D  Lasko & Associates, P C.
2 52 PM                                    Pre-bill Worksheet                                    Page      9

| | |
|---|---|
| Nickname | Koeckrtz Intl 004 \| 4354 |
| Full Name | Koeckrtz International, Inc |
| Address | c/o Karen R Goodman, Trustee |
| | 111 E  Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

| | | |
|---|---|---|
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | respond to tax authorities | |
| Fees Arrg | By billing value on each slip | |
| Expense Arrg | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | 8/5/2014 | |
| Last charge | 3/26/2015 | |
| Last payment | 11/17/2014 | Amount    $781.78 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/11/2014 128119 800 | K  Seyller | 122 00 | 0 40 | 48 80 | Billable |
| | Spoke with Florida Department of Revenue regarding employer's quarterly tax return notice; instructed to file as 0.00 and mark as final return then fax to the department | | | | |
| 8/12/2014 128057 800 | J  Lasko | 82 00 | 0 60 | 49 20 | Billable |
| | Reviewed statement of benefit charges and looked at IDES (Illinois Dept  of Employment Securities, a/k/a state unemployment department) website for clarification of same | | | | |
| 8/12/2014 128118 800 | K  Seyller | 122 00 | 0.20 | 24 40 | Billable |
| | Spoke with Karen Goodman, Trustee, regarding Florida notice | | | | |
| 8/12/2014 128120 800 | K. Seyller | 122 00 | 0 40 | 48 80 | Billable |
| | Reviewed 2 more notices Florida  received via email from Karen Goodman | | | | |
| 8/12/2014 128121 800 | K  Seyller | 122 00 | 0.30 | 36.60 | Billable |
| | Replied to Karen Goodman's email with 2 notices attached | | | | |
| 12/2/2014 130698 800 | A  Lasko | 280 00 | 0 10 | 28 00 | Billable |
| | assisted staff with search for 2012 IRS notice for late file penalty prior responses | | | | |
| 12/2/2014 130699 800 | A  Lasko | 280 00 | 0 30 | 84 00 | Billable |
| | review and sign off of IRS POA for 2012 to be sent to trustee for signature | | | | |

7/13/2015                           Alan D  Lasko & Associates, P C
2 52 PM                                  Pre-bill Worksheet                              Page    10

Koeckntz Intl.004:Koeckntz International, Inc  (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 12/2/2014 130740 800 | C  Wilson | 62 00 | 0.30 | 18.60 | Billable |
| | Prepared Form 2848, Power of Attorney. | | | | |
| 12/3/2014 130774 800 | A  Lasko | 280 00 | 0.30 | 84 00 | Billable |
| | call with trustee re  discussed IRS late penalty notice for 2012 and options concerning same | | | | |
| 2/12/2015 132817 800 | D. Konomidis | 220 00 | 0 20 | 44 00 | Billable |
| | meeting with Alan Lasko re IRS notice re late filing penalty  (no charge by Lasko) | | | | |
| 2/17/2015 132979 800 | D. Konomidis | 220 00 | 0.10 | 22 00 | Billable |
| | meeting with Alan Lasko re IRS issue re refund check from IRS re 1120. (no charge by Lasko) | | | | |
| 2/17/2015 132992 800 | D  Konomidis | 220 00 | 0.30 | 66.00 | Billable |
| | prepared Power of Attorney to inquire re IRS refund check | | | | |
| 2/17/2015 132993 800 | D  Konomidis | 220 00 | 0 20 | 44 00 | Billable |
| | correspondence to trustee re Power of Attorney to inquire re IRS refund check | | | | |
| 2/17/2015 133017 800 | D. Konomidis | 220 00 | 1 10 | 242 00 | Billable |
| | call to IRS, spoke with agent, resolved IRS refund check issue, agent stated refund check was correctly issued re tax year 2012 due to late filing penalty payment and reversal | | | | |
| 2/17/2015 133023 800 | D  Konomidis | 220.00 | 0 20 | 44 00 | Billable |
| | correspondence to trustee re resolved IRS refund check issue re agent stated refund check issued correctly due to penalty reversal. | | | | |
| 3/21/2015 134230 800 | A  Lasko | 280.00 | 0 30 | 84 00 | Billable |
| | set up staff for revew of files regarding IDES (Ill unemployment dept)  re IDES claims that returns are needed to be filed subsequent to the business as being sold | | | | |

7/13/2015
2.52 PM

Alan D Lasko & Associates, P C
Pre-bill Worksheet

Page    11

Koeckrıtz Intl.004·Koeckritz International, Inc  (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 3/21/2015 134285 | D  Konomidis 800 | 220 00 | 0.30 | 66 00 | Billable |
| | revewed IDES notice re estimated tax due, revewed tax returns and workpapers to determine response to notice. | | | | |
| 3/21/2015 134286 | D. Konomidis 800 | 220.00 | 0 60 | 132 00 | Billable |
| | prepared IDES notice of change form to close out IDES account due to bankruptcy | | | | |
| 3/21/2015 134287 | D  Konomidis 800 | 220 00 | 0.20 | 44 00 | Billable |
| | meeting with Alan Lasko re IDES notice of change form to close out IDES account due to bankruptcy  (no charge by Lasko) | | | | |
| 3/26/2015 134553 | A  Lasko 800 | 280.00 | 0 70 | 196.00 | Billable |
| | revew ides 'notice of change' form re: to stop the department from estimating payroll and trying to charge state unemployment tax on an entity in Chapter 7 with no employees | | | | |

| TOTAL | Billable Fees | | 7 10 | | $1,406 40 |
|-------|---------------|--|------|--|-----------|

Total of billable expense slips                                                                          $0 00

---

## Calculation of Fees and Costs

| | Amount | Total |
|--|--------|-------|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips | $1,406 40 | |
| Total of Fees (Time Charges) | | $1,406 40 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $1,406 40 |
| Previous Balance 120 Days | $781.78 | |
| Total Previous Balance | | $781 78 |

7/13/2015                          Alan D  Lasko & Associates, P C
2:52 PM                                 Pre-bill Worksheet                                    Page    12

Koeckntz Intl.004 Koeckritz International, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| **Accounts Receivables** | | |
| Date\|ID    Type  Description | | |
| 11/17/2014 PAY   Payment - thank you  Check No. 102 | ($781 78) | |
| 16681 | | |
| Total Accounts Receivable | | ($781 78) |
| | | |
| New Balance | | |
| Current | $1,406 40 | |
| | | |
| Total New Balance | | $1,406 40 |

**EXHIBIT D-3**

**POTENTIAL PREFERENCES**

7/13/2015
2:52 PM

Alan D Lasko & Associates, P.C.
Pre-bill Worksheet

Page    13

| | |
|---|---|
| Nickname | Koeckritz Intl 005 | 4331 |
| Full Name | Koeckritz International, Inc |
| Address | c/o Kevin R. Goodman, Trustee |
| | 111 E Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

Phone 1                          Phone 2
Phone 3                          Phone 4
In Ref To
Fees Arrg        disbursement review
                 By billing value on each slip
Expense Arrg     By billing value on each slip
Tax Profile      Exempt
Last bill        8/5/2014
Last charge      9/30/2014
Last payment     11/17/2014          Amount       $14,405.20

| Date User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|
| ID | | | | |
| 8/29/2014  A. Lasko | 280.00 | 0.20 | 56.00 | Billable |
| 128479  800 | | | | |
| assist staff with trustee's request for additional information related to vendors | | | | |
| 8/29/2014  C. Wilson | 62.00 | 3.10 | 192.20 | Billable |
| 128468  800 | | | | |
| Gathered information as requested by Trustee regarding vendors. | | | | |
| 9/9/2014  A. Lasko | 280.00 | 0.20 | 56.00 | Billable |
| 128789  800 | | | | |
| call with trustee re issues related to debtor's accountant and information turned over to adjpc as requested | | | | |
| 9/30/2014  A. Lasko | 280.00 | 0.20 | 56.00 | Billable |
| 129230  800 | | | | |
| respond to trustee's question related to schedules of potential preferences | | | | |
| TOTAL   Billable Fees | | 3.70 | | $360.20 |
| Total of billable expense slips | | | | $0.00 |

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | | $360.20 |

7/13/2015                          Alan D  Lasko & Associates, P C
2:52 PM                                Pre-bill Worksheet                              Page     14

Koeckntz Intl 005·Koeckntz International, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $360 20 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $360 20 |
| **Previous Balance** | | |
| 120 Days | $14,405 20 | |
| Total Previous Balance | | $14,405 20 |

Accounts Receivables

| Date|ID      Type   Description | | |
|---|---|---|
| 11/17/2014  PAY   Payment - thank you  Check No  217 16683 | ($14,405 20) | |
| Total Accounts Receivable | | ($14,405 20) |

| New Balance | | |
|---|---|---|
| Current | $360.20 | |
| Total New Balance | | $360 20 |

**EXHIBIT D-4**

**AMENDED TAX RETURNS -- 2013**

7/13/2015
2 52 PM

Alan D. Lasko & Associates, P C.
Pre-bill Worksheet

Page    17

| | |
|---|---|
| Nickname | Koeckritz Intl 080 \| 4703 |
| Full Name | Koeckritz International, Inc |
| Address | c/o Karen R Goodman, Trustee |
| | 111 E  Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

| | | |
|---|---|---|
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | amended return | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | | |
| Last charge | 4/6/2015 | |
| Last payment | Amount | $0 00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2015 133779 800 | A  Lasko | 280 00 | 0 30 | 84 00 | Billable |
| | review with trustee sale of inventory and need to amend 2013 return | | | | |
| 4/1/2015 134778 800 | A  Lasko | 280 00 | 0 40 | 112 00 | Billable |
| | assist staff with sales allocation tax issues | | | | |
| 4/1/2015 134877 800 | K  Seyller | 128 00 | 5 70 | 729.60 | Billable |
| | Prepare 2013 amended work papers and tax return | | | | |
| 4/2/2015 134880 800 | K  Seyller | 128 00 | 3 60 | 460 80 | Billable |
| | Prepared workpapers and tax return for amended 2013 | | | | |
| 4/4/2015 134907 800 | A  Lasko | 280 00 | 1 80 | 504 00 | Billable |
| | review of workpapers and tax returns - amended returns | | | | |
| 4/6/2015 134950 800 | A. Lasko | 280 00 | 0.30 | 84 00 | Billable |
| | sign off of year 2013 amended returns | | | | |
| TOTAL | Billable Fees | | 12 10 | | $1,974 40 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/6/2015 135159 115 | C  Wilson | 24 80 | 1 000 | 24 80 | Billable |
| | Photocopy costs for 2013 amended Forms 1120S income tax returns - 248 pages @ $ 10 per page | | | | |

7/13/2015                          Alan D  Lasko & Associates, P C.
2 52 PM                               Pre-bill Worksheet                          Page    18

Koeckntz Intl 080 Koeckntz International, Inc. (continued)

|  |  | Amount | Total |
|---|---|---|---|
|  |  |  |  |
| TOTAL | Billable Costs |  | $24 80 |

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip |  |  |
| Total of billable time slips | $1,974 40 |  |
| Total of Fees (Time Charges) |  | $1,974 40 |
| Costs Bill Arrangement: Slips By billing value on each slip |  |  |
| Total of billable expense slips | $24 80 |  |
| Total of Costs (Expense Charges) |  | $24 80 |
| Total new charges |  | $1,999.20 |
| New Balance Current | $1,999 20 |  |
| Total New Balance |  | $1,999 20 |

**EXHIBIT D-5**

**BILLING TIME**

7/13/2015
2.52 PM

Alan D  Lasko & Associates, P C.
Pre-bill Worksheet

Page    15

| | | | | |
|---|---|---|---|---|
| Nickname | Koeckntz Intl 012 | 4320 | | | |
| Full Name | Koeckntz International, Inc | | | |
| Address | c/o Karen R  Goodman, Trustee | | | |
| | 111 E. Wacker Drive | | | |
| | Suite 2800 | | | |
| | Chicago IL 60601-3713 | | | |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 8/5/2014 | | |
| Last charge | 7/13/2015 | | |
| Last payment | 11/17/2014 | Amount | $745.60 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/13/2015 | C. Wilson | 63.00 | 2 00 | 126 00 | |
| 137406 | 800 | | | | Billable |
| | Prepared fee petition | | | | |
| 7/13/2015 | A. Lasko | 284.00 | 0.60 | 170 40 | |
| 137422 | 800 | | | | Billable |
| | Prepared fee petition | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Fees | | 2.60 | | $296 40 |

Total of billable expense slips                                                        $0 00

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $296 40 | |
| Total of Costs (Expense Charges) | | $296 40 |
| | | $0 00 |
| Total new charges | | $296 40 |
| Previous Balance<br>120 Days | | |
| | $745.60 | |

7/13/2015
2 52 PM

Alan D. Lasko & Associates, P C
Pre-bill Worksheet

Page      16

Koeckntz Intl 012.Koeckntz International, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| **Total Previous Balance** |  | $745 60 |

**Accounts Receivables**

| Date\|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 11/17/2014<br>16679 | PAY | Payment - thank you  Check No  102 | ($745 60) |  |
| **Total Accounts Receivable** |  |  |  | ($745 60) |

**New Balance**

| | Amount | Total |
|---|---|---|
| Current | $296 40 |  |
| **Total New Balance** |  | $296 40 |