**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                    )       CHAPTER 7 CASE
KOECKRITZ INTERNATIONAL, INC.                             )
                                                          )       CASE NO. 12-39415
                                                          )
                                                          )       JUDGE EUGENE R. WEDOFF
                              Debtor(s)                   )

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

Name of Applicant:  Taft Stettinius & Hollister LLP

Authorized to Provide
Professional Services to:  Karen R. Goodman, Trustee

Date of Order Authorizing Employment:  September 3, 2013, retroactive to March 1, 2013

Period for Which
Compensation is sought:  08/01/2014 through 07/27/2015

Amount of Fees sought:  $13,593.00

Amount of Expense
Reimbursement sought:  $521.60

This is an:          Interim Application _____          Final Application  **X**

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
|  |  | $          38,814.74 | $          35,924.49 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

$35,924.49

Date:  August 13, 2015                          By:  Taft Stettinius & Hollister LLP
                                                      Applicant

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:        )   Chapter 7

                        )

KOECKRITZ INTERNATIONAL, INC.,   )   CASE NO:    12 B 39415

                        )

       DEBTOR.           )   HONORABLE EUGENE R. WEDOFF

                        )   BANKRUPTCY JUDGE

## SECOND AND FINAL APPLICATION FOR COMPENSATION AND
## REIMBURSEMENT OF EXPENSES OF TAFT STETTINIUS & HOLLISTER LLP

Taft Stettinius & Hollister, f/k/a Shefsky & Froelich ("Taft"), as counsel for Trustee Karen R. Goodman ("Trustee") respectfully submits its Second and Final Application for Allowance of Attorneys' Fees and Reimbursement of Expenses ("Final Application for Compensation") for the services of Taft in connection with the above-referenced case from August 1, 2014, through July 27, 2015 (the "Application Period"). In support of this Final Fee Application, Taft respectfully states as follows:

1.      On October 3, 2012, Koeckritz International, Inc. ("Debtor") filed a Voluntary Petitions under Chapter 11 of the Bankruptcy Code.

2.      On August 7, 2013, an Order was entered converting the case to one under Chapter 7 of the Bankruptcy Code and subsequently Karen R. Goodman was appointed Interim Trustee. Since the first meet in of creditors, Karen R. Goodman has been serving as the Trustee for the Debtor's Estate.

3.      On September 3, 2012, on motion of the Trustee, the Court entered an order retroactive to March 1, 2013 (the "Order") authorizing the employment of Taft for the purpose of rendering and performing professional legal services to the Trustee.

4.      On November 12, 2014, this Court entered Findings and Fact and Conclusions of Law in Support of Order Granting Application of Taft Stettinius & Hollister, LLP, Attorneys for Trustee, for Allowance of Interim Compensation and Reimbursement of Expenses ("Interim Fee Order") in the amounts of $35,721.05 and $203.44, respectively. Taft hereby requests that the Interim Order entered as Docket No. 229 be approved on a final basis.

5.      In this Final Application for Compensation, Taft requests compensation for legal services rendered in the amount of $13,593.00, and expenses in the amount of $521.60 incurred during the Application Period as set forth in Exhibit A attached hereto. Bank of America, N.A. (BofA), the pre-petition secured creditor, which also has super-priority administrative expense status under 11 U.S.C. § 507(b) pursuant to the post-conversion Cash Collateral Order entered by the Court on October 22, 2013, has agreed to Applicant's fees as requested herein pursuant to 11 U.S.C. § 506(c), subject to Court approval.[1]

6.      In preparing this Final Application for Compensation, Taft has endeavored to comply with the guidelines adopted by the Executive Office of the United States Trustee.  In order to aid the Court in its review of the Application, Taft has divided its services covered into four (4) categories as set forth below and has attached a detailed itemization of the time expanded in each category as Exhibit A attached hereto.

**Activities Related to General Case Administration**.  Taft spent 2.3 hours with a time value of $1,058.00 in connection with the task contained in this billing category.  This task consisted of attending and participating in a 2004 examination of George Koeckritz, principal of the Debtor, conducted by BofA relating to potential preference and fraudulent conveyance issues. A detailed

---

[1] BofA agreed to allow a carve-out for priority and unsecured creditors in the amount of $23,000, which is being held by the Trustee in a segregated account along with proceeds of the sale of assets in which BofA does not have a security interest. The total in that account is currently $60,623.34.

itemization of the professional time expended in this category is attached hereto as a part of Exhibit A.

**Activities Related to Sale of the Assets**. Taft spent 16.1 hours with a time value of $4,750.00 in connection with tasks contained in this billing category. These tasks include addressing post-closing issues related to the sale of the Debtor's former business premises, which was among the most significant assets in this case. Specifically, Taft's activities involved the legal issues relating to the post-petition sale in error of real estate taxes for the Debtor's former business premises, the re-proration of 2013 and 2014 real estate taxes based upon the results of tax appeals as provided in the Real Estate Sale Contract, the preparation of the Closing Book and issues relating to release of liens. Taft's representation in connection with this task resulted in recovery of approximately $37,000.00 for the benefit of the secured creditor and completed activities necessary for closure of the sale. A detailed itemization of the attorney time expended in this category is attached hereto as part of Exhibit A.

**Activities Related to Preferential Transfers**. Taft spent 12.6 hours with a time value of $5,796.00 in connection with tasks contained in this billing category. Specifically, Taft reviewed the preference analysis prepared by the Trustee's accountant and prepared preference recovery demand letters to those creditors who had received transfers and did not appear to have identifiable complete defenses. Applicant reviewed responses to the letters and, after consulting with BofA[2], prepared a Tolling Agreement with one transferee and draft complaints against two transferees. The Trustee eventually settled with both transferees for a total recovery of $27,500.00. Applicant's fees for this task will be paid from the segregated account set aside for

---

[2] Although BofA will not receive the proceeds of preference recoveries, it allowed the use of cash collateral for this activity and, accordingly, the Trustee consulted with counsel for BofA.

priority and unsecured creditors because the preference recoveries were not BofA's cash collateral and the fund were deposited in the segregated account. A detailed itemization of the attorney time expended in this category is attached hereto as Exhibit A.

**Activities Related to Professionals**.  Taft spent 4.3 hours with a time value of $1,989.00 in connection with tasks contained in this billing category.  These tasks included preparation of and court appearance regarding Applicant's First Interim Application for Allowance of Compensation and Expenses ("First Interim Fee Application") and preparation of Applicant's Second and Final Fee Application. The time devoted to the preparation of the First Interim Fee Application (2.7 hours) does not exceed Three Percent (3%) of the total hours expended in the case during the applicable time period. The time devoted to the preparation of the Second and Final Application for Compensation and Reimbursement of Expenses (1.6 hours) does not exceed Three Percent (3%) of the total amount of time expended in the case during the applicable time period. The professionals employed by the Trustee in accordance with the provisions of the Bankruptcy Code and the Bankruptcy Rules, as implemented in this jurisdiction, have been essential to the administration of this Estate. A detailed itemization of the attorney time expended in this category is attached hereto as a part of Exhibit A.

7.     The following attorneys represented the Trustee in connection with the matters set forth in this Fee Petition:

**Karen R. Goodman (KRGO)** is a 1977 graduate of Loyola University School of Law, a former partner in the law firm of Hinshaw & Culbertson and a current partner in the law firm of Taft Stettinius & Hollister LLP.   Ms. Goodman regularly represents Creditors, Creditors' Committees, Trustees and other parties before the Bankruptcy Court and handles litigation of other commercial matters in Federal and State Court. She is a member of the Federal Trial Bar,

the Illinois and Chicago Bar Association, the Chicago Bar Association Bankruptcy and Reorganization Committee, the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. Ms. Goodman has been a member of the Panel of the Chapter 7 Trustees of the Northern District of Illinois since 1989.

**Kimberly M. Reed (KMRE)** is an associate at Taft Stettinius & Hollister LLP concentrating her practice in transactional real estate matters including the acquisition and disposition of commercial property. Ms. Reed received her law degree from the University Of Illinois College Of Law with Honors. She is a member of the Chicago Bar Association.

**Sherry A. Hojnacki (SAHO)** joined Taft Stettinius & Hollister (f/k/a Shefsky & Froelich) as a Commercial Real Estate Paralegal in 2005. Ms. Hojnacki has 20 years of experience working in Real Estate. Ms. Hojnacki graduated from Northern Illinois University in 1995 with a Bachelor of Arts Degree in Education.

8.    Taft has incurred expenses on behalf of the Trustee during the Application Period of $521.60.

9.    Set forth below is a summary of categories of expenses:

| Category | Amount |
|---|---|
| Photocopies (30 pages @$0.10/page) | $   3.00 |
| Messenger Services (Closing Documents) | 59.33 |
| Recording Fees | 54.00 |
| Postage (Motion to Use Cash Collateral) | 53.27 |
| Filing Fees (Motion to Sell Vehicles, Motion to Sell Real Property) | 352.00 |
| Total | $521.60 |

10.   Taft has reviewed all of the invoices and back up material (receipts, etc.) and submits that the fees and expenses requested are reasonable and appropriate for payment. Copies of all receipts are attached hereto as Exhibit B.

11.   Taft asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, and extent and value of such services. Taft further asserts that the cost of services rendered for and on behalf of the Trustee is comparable to the cost of similar services in matters other than under the Bankruptcy Code and complies with this Court's standing order on the allowance of certain expenses.

12.   Taft requests that the Order entered pursuant to the Final Application for Compensation be found to be a Final Order.

WHEREFORE, Taft prays for the entry of an order as follows:

A.   Finding that the Interim Fee Order is a Final Order entered as Docket No. 229 in this case is hereby approved on a final basis; and

B.   Awarding Taft as counsel to the Trustee final compensation in the amount of $13,593.00, and reimbursement of expenses in the amount of $521.60.

Taft Stettinius & Hollister LLP
Attorney for Trustee

By: /s/Karen R. Goodman
One of Its Attorneys

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Fax: (312) 275-7570

# EXHIBIT A

Taft Stettinius & Hollister LLP

**PROFESSIONAL SERVICES RENDERED**

Activities related to general case admin

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|
| 9/23/14 | AB | KRGO | 2.30 | 1,058.00 | Attend 2004 exam of Mr. Koeckritz conducted by BofA (2.0); post exam meeting with Mr. Cahill regarding preference and fraudulent conveyance issues (.30). |
| | | | 2.30 | $ 1,058.00 | Sub Total |

Activities related to sale of assets

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|
| 1/17/14 | AC | SAHO | .50 | 75.00 | OBTAIN A DUPLICATE TAX BILL FROM THE COOK COUNTY TREASURERS OFFICE FOR REAL ESTATE COMMONLY KNOWN AS 1400 HICKS ROAD, ROLLING MEADOWS, ILLINOIS. |
| 2/18/14 | AC | KMRE | .30 | 97.50 | Communicate with J. Shin regarding closing documents (.1); review list of closing documents (.1); prepare direction to convey (.1). |
| 3/03/14 | AC | SAHO | .40 | 60.00 | Exchange emails with Chicago Title Insurance Company regarding title charges for the sale of real estate commonly known as 1400-1440 Hicks Road, Rolling Meadows, Cook County, Illinois. |
| 9/03/14 | AC | KMRE | .90 | 292.50 | Review correspondence; communicate with K. Funk (.20); review title options and review closing protection letter (.50); communicate with K. Goodman regarding status (.10). |
| 10/02/14 | AC | KMRE | .20 | 65.00 | Communicate with K. Funk and D. Yonan regarding tax reproration. |
| 10/03/14 | AC | KMRE | .20 | 65.00 | Communicate with D. Yonan (.10); telephone conference with Buyer's office regarding status of tax payment (.10). |
| 10/10/14 | AC | KMRE | 1.00 | 325.00 | Review closing protection coverage (.30); review closing documents and correspondence from County Treasurer and communicate with K. Goodman regarding same (.40); prepare correspondence to Chicago Title (.30). |
| 10/13/14 | AC | KMRE | .30 | 97.50 | Review tax figures per K. Goodman (.20); communicate with K. Goodman regarding outstanding balance (.10). |
| 10/14/14 | AC | KMRE | 1.00 | 325.00 | Review recording package materials and correspondence with lender per K. Goodman (.60); telephone conference with Cook County Clerk office regarding 2011 taxes (.40). |
| 10/15/14 | AC | KMRE | .10 | 32.50 | Telephone conference with K. Goodman regarding next steps for 2011 tax payment. |

Taft Stettinius & Hollister LLP

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|
| 10/16/14 | AC | KMRE | .10 | 32.50 | Telephone call from manager of the County Clerk's office regarding redemption and payment of 2011 tax bill. |
| 10/20/14 | AC | KMRE | 1.20 | 390.00 | Review file (.10); communicate with Chicago Title regarding open matters and 2011 tax bill (.40); prepare release of mortgage per K. Goodman (.70). |
| 10/28/14 | AC | KMRE | .40 | 130.00 | Communicate with A. Priest of Chicago Title regarding payment of 2011 tax bill; prepare correspondence. |
| 10/29/14 | AC | KMRE | 2.50 | 812.50 | Review Bank of America related title exceptions (.80); prepare release of lien and UCC terminations (1.20); communicate with K. Arnold, S. Hojnacki and Chicago Title regarding same (.50). |
| 10/30/14 | AC | KMRE | .80 | 260.00 | Communicate with S. Hojnacki regarding UCC termination requirements; revise release of lien. |
| 10/31/14 | AC | KMRE | .90 | 292.50 | Communicate with S. Hojnacki and revise terminations and lien release (.60); communicate with Chicago Title regarding same (.30). |
| 12/12/14 | AC | KMRE | .10 | 32.50 | Review comments and draft release from seller lender counsel. |
| 12/17/14 | AC | KMRE | .30 | 97.50 | Review Bank of America payoff terms and revise mortgage release per same. |
| 12/29/14 | AC | KMRE | .10 | 32.50 | Communicate with K. Goodman regarding mortgage release. |
| 1/05/15 | AC | KMRE | .20 | 70.00 | Revise release per K. Goodman (.10); communicate with lender counsel C. Cahill regarding same (.10). |
| 1/26/15 | AC | KMRE | .30 | 105.00 | Communicate with lender counsel C. Cahill (.10); revise draft release (.10); review title per same (.10). |
| 2/03/15 | AC | KMRE | .10 | 35.00 | Review signed release and communicate with S. Hojnacki regarding recording of same. |
| 2/04/15 | AC | SAHO | .50 | 80.00 | Record the Satisfaction and Release of Lien and Lis Pendens for real estate commonly known as 1400-1440 Hicks Road, Rolling Meadows, Illinois with the Cook County Recorder of Deeds. |
| 2/05/15 | AC | KMRE | .50 | 175.00 | Review correspondence with Chicago Title (.20); review post closing items (.20); review recorded release; communicate with lender counsel regarding same (.10). |
| 2/06/15 | AC | KMRE | 1.50 | 525.00 | Review tax documents (.50); finalize summary memo per K. Goodman (1.0). |
| 4/14/15 | AC | KMRE | .50 | 175.00 | Review tax calculations and draft letter. |
| 6/23/15 | AC | KMRE | .20 | 70.00 | Communicate with D. Yonan and attorney K. Funk regarding tax re-proration. |
|  |  |  | 16.10 | $ 4,750.00 | Sub Total |

Activities related to preferential trans

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|

Taft Stettinius & Hollister LLP        Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|
| 9/03/14 | AK | KRGO | 3.00 | 1,380.00 | Review preference analysis prepared by Mr. Lasko (1.0); Preparation of preference recovery demand letters to Aladdin Mills Division, Accurate Flooring, Carpenter Co., Commercial Floor Covering, Cornerstone Flooring, George Koeckritz, Romano's tile and Shaw Industries (1.5); e-mails with Mr. Cahill regarding letters and certain preference issues (.50). |
| 9/04/14 | AK | KRGO | .50 | 230.00 | Initial draft of insider preference letter to Mr. Koeckritz (.40); e-mail to Mr. Cahill regarding insider status of Romano's Tile and requesting comments regarding letter to Mr. Koeckritz (.10). |
| 9/15/14 | AK | KRGO | .50 | 230.00 | E-mails with Mr. Dennis of Shaw Industries regarding response to initial pre-litigation preference recovery demand and extension of time (.30); E-mails with attorney for Carpenter Company regarding initial pre-litigation preference recovery demand and extension of time (.20). |
| 9/16/14 | AK | KRGO | .50 | 230.00 | Review and analysis of correspondence from attorney for Carpenter Company in response to Trustee's pre-litigation preference recovery demand letter. |
| 9/29/14 | AK | KRGO | 2.00 | 920.00 | Draft preference complaint against Shaw Industries (1.0); draft preference complaint against Mohawk Industries, Aladdin Mills Division (1.0). |
| 9/30/14 | AK | KRGO | 1.30 | 598.00 | Analysis of defenses presented by Shaw Industries (1.0); e-mails with Bruce Dennis of Shaw negotiating a settlement (.30). |
| 10/01/14 | AK | KRGO | .70 | 322.00 | Preparation of Tolling Agreement with Shaw Industries regarding filing of preference complaint. |
| 10/06/14 | AK | KRGO | .80 | 368.00 | Draft settlement agreements with Shaw Industries (.40); Mohawk Industries regarding preference claims (.40). |
| 10/07/14 | AK | KRGO | .80 | 368.00 | Finalization of Settlement Agreement and draft Motion to Settle preference claim with Shaw Industries. |
| 10/09/14 | AK | KRGO | .80 | 368.00 | Finalization of Settlement Agreement and Motion to Settle preference claim with Mohawk Industries. |
| 10/29/14 | AK | KRGO | .70 | 322.00 | Court appearance regarding Motion to Compromise and Settle with Shaw Industries. |
| 11/05/14 | AK | KRGO | 1.00 | 460.00 | Court appearance regarding Motion to Settle Preference Claim with Mohawk Industries |
| | | | 12.60 | $ 5,796.00 | Sub Total |

Activities related to professionals

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|
| 10/14/14 | BF | KRGO | 2.30 | 1,058.00 | Commence preparation of First Interim Fee Application for Trustee's Counsel |

Taft Stettinius & Hollister LLP        Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

| Date | Task | Atty | Hours | Amount | Description Of Services Render |
|------|------|------|-------|--------|-------------------------------|
| 10/15/14 | BF | KRGO | .40 | 184.00 | Completion of First Interim Fee Application for Trustee's Counsel. |
| 11/12/14 | BF | KRGO | .50 | 230.00 | Court appearance regarding Interim Motions for Compensation for Attorney for Trustee and Accountant for Trustee. |
| 6/10/15 | BF | KRGO | 1.10 | 517.00 | Prepare Trustee's Attorney's Second and Final Fee Application. |
|  |  |  | 4.30 | $ 1,989.00 | Sub Total |

TOTAL PROFESSIONAL SERVICES                    $ 13,593.00

# EXHIBIT B

## File a Motion:

12-39415 Koeckritz International, Inc. **Converted** 08/07/2013

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 1 (Chicago) |
| Assets: y | Judge: ERW | |

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Karen R Goodman entered on 1/8/2014 at 11:43 AM CST and filed on 1/8/2014

**Case Name:** Koeckritz International, Inc.
**Case Number:** 12-39415
**Document Number:** 188

**Docket Text:**
Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - real estate located at 1400-1440 Hicks Road, Rolling Meadows, IL. Fee Amount $176, Filed by Karen R Goodman ESQHearing scheduled for 1/29/2014 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Attachments: # (1) Exhibit A Agreement # (2) Exhibit B Notice of Hearing # (3) Proposed Order Authorizing Sale of Real Estate) (Goodman, Karen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\Chiapps\public\SFScanner\Koeckritz - Motion to Sell Real Estate _20140108_1059.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=1/8/2014] [FileNumber=46661123-0
] [6386c7667223db00966b69671363f6efff6f149a9152aa2e1ac58c502482adecbdb
ec9be463254068dff32346f6f7b69cdd305d35d287805e791e62b9a0353ca]]
**Document description:**Exhibit A Agreement
**Original filename:**\\Chiapps\public\SFScanner\Koeckritz - Exhibit A - Agreement_20140108_1105.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=1/8/2014] [FileNumber=46661123-1
] [9146d8481cf388e7167ccd29c13f71c452f2fbc505ead13ffa5c4175ecd07d8e662
179bd767b87620757e2335310873a0a1346da7541790774c50e52947b345e]]
**Document description:**Exhibit B Notice of Hearing
**Original filename:**\\Chiapps\public\SFScanner\Exhibit B - Notice of Hearing_20140108_1058.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=1/8/2014] [FileNumber=46661123-2
] [7bab2a1b17309a42b9f33dfa663a35de293497ca2d07dd2778dd0c2573375c61b94
7f30c9630446727fb1b0f90ba823d11b07a99aa86cd290a8d6e3391d8a84e]]
**Document description:**Proposed Order Authorizing Sale of Real Estate
**Original filename:**C:\Users\nlb\Desktop\Bankruptcy\Koeckritz - ORDER Authorizing Sale of Real Estate.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=1/8/2014] [FileNumber=46661123-3
] [044c1e85a6206c85acb6bfe3dbc4339524ea2e27e6169c8b8ae3d3e716a57b156f9
c2a337c0593fa10140b04c0b773e0f58255f2c355221fadd9d4437f6ca0d5]]

**12-39415 Notice will be electronically mailed to:**

NAI Hiffman Asset Management, LLC

,

NAI Hiffman, Inc.
One Oakbrook Terrace
Ste. 600
Oakbrook Terrace, IL 60181

Premiere Financial Consultants, Inc.

,

Shefsky & Froelich Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-3713

**File a Motion:**

12-39415 Koeckritz International, Inc. **Converted** 08/07/2013

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 1 (Chicago) |
| Assets: y | Judge: ERW | |

## U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Karen R Goodman entered on 2/5/2014 at 3:20 PM CST and filed on 2/5/2014

**Case Name:**       Koeckritz International, Inc.
**Case Number:**     12-39415
**Document Number:** 197

**Docket Text:**
Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - 2004 Lincoln Town Car Executive Limousine and 2005 Bentley Continental GT. Fee Amount $176, Filed by Karen R Goodman ESQHearing scheduled for 2/26/2014 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Attachments: # (1) Exhibit A Appraisal from Presidential Auto # (2) Exhibit B Appraisal from Gold Coast Bentley # (3) Exhibit C Notice of Hearing on Sale of Vehicles # (4) Proposed Order Authorizing Sale of Vehicles) (Goodman, Karen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\Chiapps\public\SFScanner\Koeckritz Motion to Sell Vehicles_20140205_1501.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/5/2014] [FileNumber=47021154-0
[a5b296298c0195dbbbbd0ba87b457ba58e797f1c31a02c7feb4ad51cf92a2321b22
0b8d4309183e01ad9d98196db9195320ff3ef499c30409de21ece2eb60af6]]
**Document description:**Exhibit A Appraisal from Presidential Auto
**Original filename:**\\Chiapps\public\SFScanner\Koeckritz Exhibit A Appraisal from Presidential_20140205_1502.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/5/2014] [FileNumber=47021154-1
] [8ebe5ac6b2edfbd1ebf2e1ab8e0dbd97b6fa8e7d02cf3f1e167bcd813a8d0c4e0a6
5ce6ecbd1e5e3c7224f79db4ed47e99bc2bae495a574b0ca276817b6c70a8]]
**Document description:**Exhibit B Appraisal from Gold Coast Bentley
**Original filename:**\\Chiapps\public\SFScanner\Koeckritz Exhibit B Appraisal from Bentley Gold
Coast_20140205_1503.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/5/2014] [FileNumber=47021154-2
] [994aa54d0d3b2eac3fba801793e6314e66381c54c93476249a9683f79cbba66fc76
04ed1f23ddd5f667f71c90e5913a6d69d634d5ea4f120518ff3a30345c5b1]]
**Document description:**Exhibit C Notice of Hearing on Sale of Vehicles
**Original filename:**\\Chiapps\public\SFScanner\Koeckritz Exhibit C Notice of Hearing on Sale of Vehicles
_20140205_1504.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/5/2014] [FileNumber=47021154-3
] [38d181512b80c850f0748a727d0566363d074d98819f031374bd9be82f1e4fab738
469906a8c9d2ee6c3b438fde5781b5efe8438bf502963bcf6a096d675a160]]

Alan D. Lasko
Alan D. Lasko & Associates, Inc.

,

Maher & Brannigan

,

Marvin F. Poer & Company

,

NAI Hiffman Asset Management, LLC

,

NAI Hiffman, Inc.
One Oakbrook Terrace
Ste. 600
Oakbrook Terrace, IL 60181

Premiere Financial Consultants, Inc.

,

Shefsky & Froelich Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-3713



# U.S. MESSENGER
## LOGISTICS MANAGEMENT GROUP

| INVOICE | |
|---|---|
| Invoice Date | 10/31/2014 |
| Invoice No. | M4600-25981 |
| Acct. No. | M4600 |
| Period Ending | 10/31/2014 |
| Current Charge | $1,370.87 |
| Applied Payments | $0.00 |
| Past Due | $1,202.35 |
| Finance Charges | $0.00 |
| LESS THAN 30 | $0.00 |
| DUE DATE | 11/30/2014 |

Taft Stettinius & Hollister LLP - M4600
Anna King
111 E Wacker Dr
Ste 2800
Chicago, IL 60601-4277

**U.S. Messenger now has an app that gives you the ability to place & track orders and see signatures on your mobile devices – call 630-286-0550 for details!**

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|---|---|---|---|---|---|---|
| | | | | $7.53 | | $7.53 |
| | | | Brad Fletcher | | | $0.00 |
| | pati2846401 Pcs:1 Wt:1.00 | | gomez 11:43 | | | $7.35 |
| 10/28/14 | 1920.102814 Joyce Crosby | Taft Stettinius & Hollister LLP - 111 E Wacker Dr Ste 2800 Chicago, IL 60601-3713 | Chicago Title Insurance 10 S La Salle St 3100 Chicago, IL 60603-1002 | $7.35 | M_Bike Reg Bicycle_M | $7.35 |
| | kmrf32235-0002 Pcs:1 Wt:1.00 | | j herrick 14:57 | | | ($0.00) |

US Messenger & Logistics, Inc.
7790 Quincy Street
Willowbrook, IL 60527
630-286-0550, Fax:630-286-0606
usmessenger.net

| Invoice No. | M4600-25981 |
|---|---|
| Acct. No. | M4600 |
| Purchase Order | |
| Page | 12 |

| Current Charges | | (cont'd...) |
|---|---|---|
| $1,202.35 | $0.00 | (cont'd...) |
| 31-60 | over 60 | Minus Payment |
| Total Due | | (cont'd...) |

# FedEx ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-747-38394 | Aug 13, 2014 | 0606-2697-9 | 18 of 19 |

Picked up: Aug 08, 2014

---

| Picked up: Aug 08, 2014 | Cust. Ref.: F32235 00002 KMR | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | KIMBERLY M REED | KENNETH FUNK | |
| Tracking ID | 805758306998 | TAFT/ | DEVTCH LEVY ENGEL CHARTERED | |
| Service Type | FedEx Priority Overnight | 111 E WACKER DR STE 2800 | 225 W WASHINGTON STE 1700 | |
| Package Type | FedEx Envelope | CHICAGO IL 60601-4277 US | CHICAGO IL 60606 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.50 |
| Delivered | Aug 11, 2014 09:41 | Discount | | -10.25 |
| Svc Area | A1 | Direct Signature | | 3.75 |
| Signed by | C.CASWELL | Fuel Surcharge | | 0.97 |
| FedEx Use | 022072797/0000186/_ | **Total Charge** | **USD** | **$14.97** |

| Picked up: Aug 08, 2014 | Cust. Ref.: F32235 00002 KMR | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | KIMBERLY M REED | DAVID YONAN | |
| Tracking ID | 805758307321 | TAFT/ | DK D J LLC | |
| Service Type | FedEx Priority Overnight | 111 E WACKER DR STE 2800 | 1400 HICKS RD | |
| Package Type | FedEx Envelope | CHICAGO IL 60601-4277 US | ROLLING MEADOWS IL 60008 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.50 |
| Delivered | Aug 11, 2014 08:48 | Discount | | -10.25 |
| Svc Area | A1 | Direct Signature | | 3.75 |
| Signed by | D.DODSON | Fuel Surcharge | | 0.97 |
| FedEx Use | 022072797/0000186/_ | **Total Charge** | **USD** | **$14.97** |

**Shipper Subtotal**     **USD**     **$1,074.85**

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-008-94049 | Apr 22, 2015 | 0606-2697-9 | 10 of 19 |

Tracking ID: 773368113079 continued

| | | | | |
|---|---|---|---|---|
| Signed by | M.WEBER | Discount | | -8.75 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** | **USD** | **$13.97** |

---

Picked up: Apr 15, 2015     Cust. Ref.: F32235-00002     Ref. 2:
Payor: Shipper              Ref. 3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kimberly M. Reed, Esq. | Kenneth W. Funk, Esq. | |
| Tracking ID | 773380543360 | Taft Stettinius & Hollister LL | Deutch, Levy & Engel, Chartere | |
| Service Type | FedEx Priority Overnight | 111 East Wacker Drive | 225 W. Washington Street | |
| Package Type | FedEx Envelope | CHICAGO IL 60601 US | CHICAGO IL 60606 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Apr 16, 2015 09:46 | Transportation Charge | | 21.15 |
| Svc Area | A1 | Fuel Surcharge | | 0.37 |
| Signed by | N.ANDERSON | Discount | | -10.50 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$11.02** |

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-008-94049 | Apr 22, 2015 | 0606-2697-9 | 11 of 19 |

Picked up: Apr 15, 2015    Cust. Ref.: F32235-00002    Ref. 2:
Payor: Shipper    Ref. 3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 773380555548 | Kimberly M. Reed, Esq. | David  Yonan | |
| Service Type | FedEx Priority Overnight | Taft Stettinius & Hollister LL. | DKDJ, LLC | |
| Package Type | FedEx Envelope | 111 East Wacker Drive | 1400 Hicks Road | |
| Zone | 02 | CHICAGO IL 60601 US | ROLLING MEADOWS IL  60008 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Apr 16, 2015 09:52 | Transportation Charge | | 21.15 |
| Svc Area | A1 | Discount | | -10.50 |
| Signed by | R.DODSON | Fuel Surcharge | | 0.37 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$11.02** |

| | | |
|---|---|---|
| **F32235-00002 Reference Subtotal** | **USD** | **$22.04** |

POSTAGE   11/3/14

## Account Summary

Page 1 of 1

Actual Ship Date: 10/1/2014 - 10/31/2014

Report Date:10-31-2014

| Account | Code | Path | Pieces | Avg. Cost | Total Cost |
|---------|------|------|--------|-----------|------------|
| | lcr114501 | \ | 2 | $7.56 | $7.56 |
| | pdf1144 | \ | 1 | $2.24 | $2.24 |
| | 1144accounting | \ | 448 | $18.05 | $234.62 |
| | sf1144 | \ | 915 | $10.37 | $840.31 |
| | EJB 29364 01 | \ | 2 | $6.94 | $6.94 |
| | JFK 31950 01 | \ | 2 | $12.32 | $12.32 |
| | KRG 32235 02 | \ | 22 | $53.27 | $53.27 |
| | EJK F31167 03 | \ | 43 | $19.78 | $19.78 |
| | f32143 00001 RLS | \ | 4 | $21.28 | $21.28 |
| | S Auten 1144 01 | \ | 21 | $160.38 | $320.76 |
| | CRM F01144 00004 | \ | 83 | $264.33 | $264.33 |
| | f31090 gn001 | \ | 32 | $70.45 | $211.35 |
| | F31117-01 | \ | 3 | $8.61 | $8.61 |
| | WH110 GN001 | \ | 33 | $15.18 | $15.18 |
| | F26835 00013 CRMF | \ | 133 | $154.31 | $154.31 |
| Summary | | | 1744 | $1.25 | $2,172.86 |

F 32235 -02

Official Receipt for Recording in:

Cook County Recorder of Deeds

118 N. Clark
Chicago, Illinois 60602

Issued To:

TAFT
111 EAST WACKER
3·· 527-4000

SAH/KMR

### Recording Fees

| Document Description | Number | Book/Page | Recording Amount |
|---|---|---|---|
| RELS | 1503516103 | | $44.00 |
| RHSPS | | | $9.00 |
| RPRF | | | $1.00 |
| | | | $54.00 |

### Collected Amounts

| Payment Type | | | Amount |
|---|---|---|---|
| Cash | | | $54.00 |
| | | | $54.00 |

Change Due : $.00

Thank You
KAREN A. YARBROUGH - Recorder of Deeds

By: TaSchaunda Hall

Receipt# 16078789  Date 02/04/2015  Time 04:42p

---

Note - Please attach all receipts and backup documentation

CLIENT BILLABLE EXPENSE REPORT

Taft /

Payable To: Sherry A. Hojnacki

Submitted by: Sherry A. Hojnacki

Office: Chicago

Phone Ext: 34332

Date: 2/10/2015

| Date | Client | Matter | Person Entertained | Company | Description | Charge Type | Charge Code | Office Code | Practice Group | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2015 | F24540 | | MZC | Central Collision Centers | Cab fare to and from the Coalition Department of Revenue | Cab fare | 023 | 001 Client Billable | | $54.00 |
| 2/4/201 | F32235 | | | Koepcnitz International, Inc. | Cab fare to and from the Cook County Recorder of Deeds | Cab fare | 023 | 001 Client Billable | | |
| 2/4/2015 | F32235 | 00002 | KMR | Koepcnitz International, Inc. / Cook County Recording Fees | Filing recording fees | 003 | 001 Client Billable | | |

Total: $92.00