| | | |
|---|---|---|
| KAREN R. GOODMAN<br>Taft Stettinius & Hollister<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | EUGENE R. WEDOFF<br><br>744<br>10/21/2015<br>10:00am<br>/ / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KOECKRITZ INTERNATIONAL, INC.      §   Case No. 12-39415-ERW
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/21/2015 in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 09/16/2015　　　By: /s/KAREN R. GOODMAN
　　　　　　　　　　　　　　　　　　　　Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 744 |
| Suite 2800 | Hearing Date: | 10/21/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: KOECKRITZ INTERNATIONAL, INC.    §    Case No. 12-39415-ERW
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $   1,769,107.99

*and approved disbursements of*    $   1,416,805.77

*leaving a balance on hand of* [1]    $   352,302.22

**Balance on hand:**    $   352,302.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Bank of America, N.A. | 291,849.45 | 291,849.45 | 100,000.00 | 191,849.45 |

Total to be paid to secured creditors:    $    191,849.45
Remaining balance:    $    160,452.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 76,323.24 | 0.00 | 76,323.24 |
| Trustee, Expenses - KAREN R. GOODMAN | 767.08 | 0.00 | 767.08 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 49,314.05 | 35,721.05 | 13,593.00 |
| Attorney for Trustee, Expenses - Taft Stettinius & Hollister LLP | 725.04 | 203.44 | 521.60 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Accountant for Trustee, Fees - ALAN D. LASKO | 41,933.88 | 28,773.48 | 13,160.40 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 121.44 | 59.88 | 61.56 |
| Fees, United States Trustee | 4,875.00 | 0.00 | 4,875.00 |

Total to be paid for chapter 7 administration expenses: $ 109,301.88
Remaining balance: $ 51,150.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for D-I-P Fees - Herzog & Schwartz | 10,000.00 | 0.00 | 10,000.00 |
| Other Expenses: Dunhill, Inc. | 1,631.90 | 0.00 | 1,631.90 |
| Other Expenses: J&M Floor Covering | 1,736.00 | 0.00 | 1,736.00 |
| Other Expenses: JR Carpet Service | 260.00 | 0.00 | 260.00 |
| Other Expenses: Kopp Installation | 1,435.97 | 0.00 | 1,435.97 |
| Other Expenses: Luis Hernandez | 2,548.00 | 0.00 | 2,548.00 |
| Other Expenses: Perez Brothers Floor Covering | 1,664.86 | 0.00 | 1,664.86 |
| Other Expenses: Puga's Carpet | 2,414.79 | 0.00 | 2,414.79 |
| Other Expenses: Sanchez Bros. Floor Covering | 2,816.00 | 0.00 | 2,816.00 |
| Other Expenses: Sanchez Carpet Installation | 3,657.83 | 0.00 | 3,657.83 |

Total to be paid for prior chapter administrative expenses: $ 28,165.35
Remaining balance: $ 22,985.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 22,985.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 2,034,214.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | NMHG Financial Services | 287.45 | 0.00 | 3.25 |
| 2 | Phenix/Dobbs Mills LLC | 13,827.47 | 0.00 | 156.24 |
| 3 | Shaw Industries Inc. | 158,355.61 | 0.00 | 1,789.33 |
| 4 | Superior Supply Co. | 4,842.22 | 0.00 | 54.71 |
| 5 | FedEx TechConnect, Inc. | 1,435.22 | 0.00 | 16.22 |
| 6 | Franks Carpet Cleaning | 2,125.00 | 0.00 | 24.01 |
| 7 | Mohawk Factoring, Inc. | 257,865.66 | 0.00 | 2,913.74 |
| 8 | Commonwealth Edison Co. | 360.01 | 0.00 | 4.07 |
| 9U | Bank of America, N.A. | 1,423,681.34 | 0.00 | 16,086.84 |
| 10 | Pitney Bowes Global Financial Services LLC | 2,004.15 | 0.00 | 22.65 |
| 11 | Shaw Industries, Inc. | 158,335.61 | 0.00 | 1,789.11 |
| 13U | Dunhill, Inc. | 11,094.97 | 0.00 | 125.37 |

Total to be paid for timely general unsecured claims: $ 22,985.54
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

                        Total to be paid for subordinated claims: $    0.00
                        Remaining balance:     $    0.00

              Prepared By:  /s/KAREN R. GOODMAN
                                    Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-39415-ERW
Koeckritz International, Inc.                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dpruitt              Page 1 of 3                   Date Rcvd: Sep 17, 2015
                               Form ID: pdf006            Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2015.
```
db           #+Koeckritz International, Inc.,    1400 Hicks Road,    Rolling Meadows, IL 60008-1212
aty           +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
                Chicago, IL 60601-4209
21015658     +Accurate Flooring Services, Inc.,    639 Oak Lane,    South Elgin, IL 60177-2201
19525747     +Aladdin Mills Division,    160 S. Industrial Blv,    Calhoun, GA 30701-3030
21015654     +American Olean,    805 Mark Street,    Elk Grove Village, IL 60007-6705
19525748      Bank of America,    Attn: Bankruptcy Department,    P.O. Box 660402,    Dallas, TX 75266-0402
20728937     +Bank of America, N.A.,    c/o Christopher M. Cahill,    Lowis & Gellen LLP,
                200 West Adams Street, Suite 1900,    Chicago, IL 60606-5229
19525749     +Beaulieu,    P.O. Box 120896,    Dallas, TX 75312-0896
19525750     +Beaulieu Commercial,    P.O. Box 741329,    Atlanta, GA 30374-1329
21015645     +Brew City,    N9545 East Shore Road,    Mukwonago, WI 53149-1907
19525751      Carpenter Co,    P.O. Box 75252,    Charlotte, NC 28275-0252
19636697      Carpet Cushions & Supply,    24193 Network Place,    Chicago, IL 60673-1241
19636695     +Chris Cahill,    Lowis & Gellen L.P.,    200 W. Adams, #1900,    Chicago, IL 60606-5229
21015659     +Commercial Floor Covering,    P.O. Box 126,    Genoa, IL 60135-0126
19636699     +Dal-Tile Distribution, Inc.,    1601 Pratt Boulevard,    Elk Grove Village, IL 60007-5716
19525752     +Dream Weaver Carpets,    P.O Box 1252,    Chatsworth, GA 30705-1252
19525753     +Dunhill, Inc.,    P.O .Box 581,    Frankfort, IL 60423-0581
21092592     +Dunhill, Inc.,    9218 Corsair #1,    Frankfort, IL 60423-2566
19525754     +EJ Welch Company,    P.O Box 842050,    Kansas City, MO 64184-2050
21015646      Elite Only,    245 W 245 Maude Ave,    Arlington Heights, IL 60004
19636700      Emer Tile LLC,    P.O. Box 69339,    Los Angeles, CA 90069-0339
19525756     +FMG, Inc.,    P.O. Box 418,    LaGrange, IL 60525-0418
21015647     +FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
19733340     +FedEx TechConnect,Inc.,    Attn: Revenue Recovery/Bankruptcy,
                3965 Airways Blvd. Module G.,3rd Floor,    Memphis, TN 38116-5017
19525755     +Florstar Sales, Inc.,    Dept 10188,    P.O. Box 87618,    Chicago, IL 60680-0618
21015662     +Frank Morley/AFP,    1182 Greenbay Raod,    Glenco, IL 60022-1150
19525757     +Frank's Carpet Cleaning,    P.O. Box 190,    Prospect Heights, IL 60070-0190
19823362     +Franks Carpet Cleaning,    P.O. Box 190,    Prospect Heights, IL 60070-0190
19636708     +Goodchild Homes LLC d/b/a,    Weibert Realty,    1440 Hicks Road,    Suite C & D,
                Rolling Meadows, IL 60008
21015648     +Groot Industries,    P.O. Box 92317,    Elk Grove Village, IL 60009-2317
21015663     +J&M Floor Covering,    Jesus Quezada,    3140 S. 54th Ave.,    Cicero, IL 60804-3953
21015664     +JR Carpet Service,    Alvino Perez Jr.,    3651 W. 51st St.,    Chicago, IL 60632-3048
21197815     +JR Carpet Service,    Alvino Perez, Jr.,    3651 51st St.,    Chicago, IL 60632-3048
21015660     +Jacobson Consulting,    P.O. Box 8401,    Rockford, IL 61126-8401
19636701     +Jacobson Consulting,    445 N. Main St.,    Sycamore, IL 60178-1215
21015655     +James Ramirez,    9806 N. Huber Lane,    Niles, IL 60714-1015
21015672     +James Renk,    1702 N. Dury Ln.,    Arlington Heights, IL 60004-4050
21015661     +Josephine Jelic,    2761 Kevin Lane,    Rolling Meadows, IL 60008-2177
21153072     +Kopp Installation,    Jim Koppensteiner,    463 Chukker Ct.,    Wheeling, IL 60090-5934
21015665     +Kopp Installation,    Jim Kppensteiner,    463 Chukker Court,    Wheeling, IL 60090-5934
21015666     +LH Carpets,    Luis Hernandez,    1925 S. 50th Court,    Cicero, IL 60804-2362
21153066     +Luis Hernandez,    1925 S. 50th Ct.,    Cicero, IL 60804-2362
19525758     +Maay Tabacco, Inc.,    3005 Kirchoff Road,    Rolling Meadows, IL 60008-1817
19525759     +Mannington Mills, Inc.,    P.O. Box 96261,    Chicago, IL 60693-6261
19525760     +Marvin F. Poer & Co,    P.O. Box 660076,    Dallas, TX 75266-0076
19636702     +Masland Carpets,    P.O. Box 842980,    Boston, MA 02284-2980
19636703     +Milliken & Company,    P.O. Box 100503,    Atlanta, GA 30384-0503
19829004     +Mohawk Factoring, Inc.,    P.O. Box 12069,    Calhoun, GA 30703-7002
19525761     +NMHG Financial,    SVCS, Inc.,    10 Riverview Drive,    Banberry, CT 06810-6268
19597404     +NMHG Financial Services,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
21015650     +NMHG Financial Services,    P.O. Box 643749,    Pittsburg, PA 15264-3749
21015649     +Nicor,    P.O. Box 5407,    Carol Stream, IL 60197-5407
19636704     +Paul Reilly Company,    Dept. 2060,    P.O. Box 87618,    Chicago, IL 60680-0618
21216060     +Perez Brothers Floor Covering,    Raymond Perez,    2520 South Springfield Ave.,
                Chicago, IL 60623-3724
21015668     +Perez Brothers Floor Covering,    6706 W. 107th Street,    Chicago Ridge, IL 60415-1775
19608887     +Phenix/Dobbs Mills LLC,    Coface North America Insurance Company,
                50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
19525762     +Phenix/Dobbs Mills, LLC,    P.O. Box 741953,    Atlanta, GA 30374-1953
19636709      Pitney Bows Global Financial Svc,    P.O. Box 371887,    Pittsburgh, IPA 15250-7887
21015651     +Premiere Financial Consultants,    5 Revere Drive,    Ste 340,    Northbrook, IL 60062-1569
21015669     +Puga's Carpet,    Luis Puga,    6 Linden Street,    Lake in the Hills, IL 60156-3346
21015652     +Purchase Power,    P.O. Box 371874,    Pittsburg, PA 15250-7874
21015670      Quality Customer Install, Inc.,    9131 Kilrea Dr.,    Orland Park, IL 60462
21015671     +Raul Carpet Service,    Raul Herrera,    10603 S. Vicky Ln.,    Palos Hills, IL 60465-1925
19636705     +Romano's Tile,    245 Beinoris Drive,    Wood Dale, IL 60191-1200
21015673     +Sanchez Bros Floor Covering,    2520 S. Springfield,    Chicago, IL 60623-3724
21194220     +Sanchez Bros. Floor Covering,    Ignacio Sanchez,    2520 South Springfield Avenue,
                Chicago, IL 60623-3724
21015674     +Sanchez Carpet Installation,    1812 S. 51st Court,    Chicago, IL 60804-1937
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 3                   Date Rcvd: Sep 17, 2015
                               Form ID: pdf006            Total Noticed: 88

21209901       +Sanchez Carpet Installation,    Santiago Sanchez,    5622 W. 23 St.,    Cicero, IL 60804-2749
19636706       +Southland Flooring Company,    1450 N. Wood Dale Road,    Wood Dale, IL 60191-1096
21015653       +Southland Flooring Supply,    1450 N. Wood Dale Road,    Wood Dale, IL 60191-1096
19525764       +Southlane Flooring Company,    1450 N. Wood Dale Road,    Wood Dale, IL 60191-1096
19525765       +Superior Supply Co.,    7300 N. Oak Park Avenue,    Niles, IL 60714-3816
19636710      #+T.J. Copy Products, Inc.,    P.O. Box 1078,    Dundee, IL 60118-7078
19525767       +Thomas H. Peckham,    Meghanna Salamasick,    Lowis & Gellen LLP,    200 W. Adams, #1900,
                 Chicago, IL 60606-5229
21015656       +Tortorices Pizza,    1735 E. Central Road,    Arlington Heights, IL 60005-3304
19636711       +VIM Recyclers LP,    P.O. Box 755,    Glen Ellyn, IL 60138-0755
21015657       +Voss Equipment, Inc.,    15241 Commerical Ave,    Harvey, IL 60426-2396
19525768       +Westfield Insurance,    P.O.Box 5001,    Westfield Center, OH 44251-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21015644       +E-mail/Text: g17768@att.com Sep 18 2015 01:46:33      AT&T,   P.O. Box 5080,
                 Carol Stream, IL 60197-5080
19636696       +E-mail/Text: lglenn@alltile.com Sep 18 2015 01:46:55      All Tile, Inc.,   1111 Chase Ave.,
                 Elk Grove Village, IL 60007-4809
19636698        E-mail/Text: legalcollections@comed.com Sep 18 2015 01:48:24      ComEd,
                 c/o Bankruptcty Department,    P.O. Box 6111,   Carol Stream, IL 60197-6111
20048025       +E-mail/Text: legalcollections@comed.com Sep 18 2015 01:48:24      Commonwealth Edison Co.,
                 3 Lincoln Center,   attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
21538224        E-mail/Text: rev.bankruptcy@illinois.gov Sep 18 2015 01:47:14
                 Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                 Chicago,Illinois 60664-0338
20960021       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Sep 18 2015 01:47:10      Office of the U.S. Trustee,
                 219 South Dearborn St.,    Room 873,   Chicago, IL 60604-2027
20890542       +E-mail/Text: bankruptcy@pb.com Sep 18 2015 01:48:38
                 Pitney Bowes Global Financial Services LLC,    Pitney Bowes Inc.,   27 Waterview Drive,
                 Shelton, CT 06484-4361
19615791       +E-mail/Text: financialservicesbk@shawinc.com Sep 18 2015 01:46:28      Shaw Industries Inc.,
                 Attn: Bruce Dennis,    POB 40,   Dalton, GA 30722-0040
20955611       +E-mail/Text: financialservicesbk@shawinc.com Sep 18 2015 01:46:28      Shaw Industries, Inc.,
                 attn: Bruce Dennis,    P.O. Box 2128,   Dalton, GA 30722-2128
19525763       +E-mail/Text: financialservicesbk@shawinc.com Sep 18 2015 01:46:28      Shaw Industries. Inc.,
                 12978 Colections Ctr Drive,    Chicago, IL 60693-0129
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             John M. Brannigan
19636707        Excel Graphics,    Suite B,   1440 Hicks Road,   Rolling Meados
19636781        George Koeckritz
21194075*      +Puga’s Carpet,    Luis Puga,   6 Linden St.,   Lake in the Hills, IL 60156-3346
21015667      ##+Netos Carpet & Tile,    218 W. Lake Park,   Addison, IL 60101-3720
19525766      ##+Surfaces Transport, Inc.,    P.O. Box 250806,   Milwaukee, WI 53225-6512
                                                                                         TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: dpruitt              Page 3 of 3                  Date Rcvd: Sep 17, 2015
                              Form ID: pdf006            Total Noticed: 88
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2015 at the address(es) listed below:

          Christopher M Cahill    on behalf of Creditor    BANK OF AMERICA, N.A. ccahill@lowis-gellen.com,
           abockman@lowis-gellen.com
          David R Herzog    on behalf of Attorney David R. Herzog drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          David R Herzog    on behalf of Debtor    Koeckritz International, Inc. drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          Karen R Goodman, ESQ    on behalf of Consultant    Marvin F. Poer & Company kgoodman@taftlaw.com,
           il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
          Karen R Goodman, ESQ    on behalf of Attorney    Taft Stettinius & Hollister LLP
           kgoodman@taftlaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
          Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@taftlaw.com,
           nbeagan@taftlaw.com
          Karen R Goodman, ESQ    kgoodman@taftlaw.com,
           il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
          Karen R Goodman, ESQ    on behalf of Accountant Alan D. Lasko kgoodman@taftlaw.com,
           il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                         TOTAL: 9